UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Seuss Enterprises, L.P. a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>ComicMix LLC; a Connecticut limited liability company; Mr. Glenn Hauman; an individual; Mr. David Jerrold Friedman, an individual also known as David Gerrold; and Mr. Ty Templeton an individual,<br><br>Defendants. | Case No.: 16-cv-02779-JLS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER**<br><br>**[ECF No. 99]** |

On July 10, 2018, the parties filed a Joint Motion to Amend the Scheduling Order (ECF No. 99) in which that they request leave to take a combined Rule 30(b)(6) deposition of Dr. Seuss Enterprises L.P. and Rule 30(b)(1) deposition of Dr. Seuss Enterprises L.P. President Susan Brandt six days after the close of fact discovery, on July 18, 2018. (*See* ECF No. 91 ¶ 1 [setting fact discovery deadline as July 12, 2018].)

Federal Rule of Civil Procedure 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Civil Local Rule 16.1(b) requires all counsel and parties to "proceed with diligence to take all steps necessary to bring an action to readiness for trial." In determining whether there is "good cause" under

Rule 16(b), the Court "primarily considers the diligence of the party seeking the amendment" and the "moving party's reasons for seeking modification." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Good cause exists if the party can show that the schedule "cannot reasonably be met despite the diligence of the party seeking the extension." *Id.*

The parties have set forth the diligence with which they have conducted discovery and attempted to schedule a Rule 30(b)(6) and Rule 30(b)(1) deposition of Dr. Seuss Enterprises L.P. President Susan Brandt. (*See* ECF Nos. 99 at 2-4; 99-1 ¶¶ 12-17; 99-2 ¶¶ 6-32). Accordingly, good cause appearing, the parties' Joint Motion to Amend the Scheduling Order (ECF No. 99) is **GRANTED**. The parties may take a combined Rule 30(b)(6) deposition of Dr. Seuss Enterprises L.P. and Rule 30(b)(1) deposition of Dr. Seuss Enterprises L.P. President Susan Brandt on July 18, 2018.

All other dates and deadlines set forth in the First Amended Scheduling Order (ECF No. 91) **remain in effect**.

**IT IS SO ORDERED.**

Dated: July 10, 2018

Hon. Bernard G. Skomal
United States Magistrate Judge