| | | |
|---|---|---|
| 1 | GINA L. DURHAM (Bar No. 295910)<br>gina.durham@dlapiper.com | Tamar Y. Duvdevani (admitted *pro hac vice*) |
| 2 | DLA PIPER LLP (US)<br>555 Mission Street, Suite 2400 | tamar.duvdevani@dlapiper.com<br>Marc E. Miller (admitted *pro hac vice*) |
| 3 | San Francisco, California 94105-2933<br>Tel: 415.836.2500 | marc.miller@dlapiper.com<br>DLA PIPER LLP (US) |
| 4 | Fax: 415.836.2501 | 1251 Avenue of the Americas<br>New York, New York 10020-1104 |
| 5 | STANLEY J. PANIKOWSKI (Bar No. 224232) | Tel: 212.335.4500<br>Fax: 212.335.4501 |
| 6 | stanley.panikowski@dlapiper.com | |
| 7 | DLA PIPER LLP (US)<br>401 B Street, Suite 1700 | Ryan Compton (admitted *pro hac vice*)<br>ryan.compton@dlapiper.com |
| 8 | San Diego, CA 92101<br>Tel: 619.699.2700 | James Stewart (admitted *pro hac vice*)<br>james.stewart@dlapiper.com |
| 9 | Fax: 619.699.2701 | DLA PIPER LLP (US)<br>500 Eight Street, NW |
| 10 | ANDREW L. DEUTSCH (Bar No. 319286) | Washington, D.C. 20004<br>Tel: 202.799.4000 |
| 11 | andrew.deutsch@dlapiper.com<br>DLA PIPER LLP (US) | Fax: 202.799.5000 |
| 12 | 2000 Avenue of the Stars<br>Suite 400, North Tower | |
| 13 | Los Angeles, CA 90067-4704<br>Tel: 310.595.3000 | |
| 14 | Fax: 310.595.3300 | |
| 15 | *Attorneys for Plaintiff*<br>*Dr. Seuss Enterprises, L.P.* | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SEUSS ENTERPRISES, L.P., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>COMICMIX LLC, a Connecticut limited liability company; MR. GLENN HAUMAN, an individual; MR. DAVID JERROLD FRIEDMAN A/K/A DAVID GERROLD, an individual; and MR. TY TEMPLETON, an individual,<br><br>Defendants. | CASE NO.: 3:16-cv-02779-JLS-BGS<br><br>**PLAINTIFF DR SEUSS ENTERPRISES L.P.'S NOTICE OF MOTION AND MOTION TO EXCLUDE GANS TESTIMONY UNDER FEDERAL RULE OF EVIDENCE 702**<br><br>Date: January 31, 2019<br>Time: 1:30 pm<br>Courtroom: 4D<br>Judge: The Hon. Janis L. Sammartino |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 31, 2018 at 1:30 p.m. in the Courtroom of the Honorable Janis L. Sammartino of the above-entitled court, located at 221 W. Broadway, San Diego, California 92101, Plaintiff Dr. Seuss Enterprises, L.P. will and hereby does move to exclude the testimony of Defendants' expert Joshua Gans under Federal Rule of Evidence 702 and *Daubert*.

The motion should be granted because:

(1) the proposed testimony is not the product of reliable principles and methods under Fed. R. Evid. 702(c), nor has the expert reliably applied the principles and methods to the facts of the case under Fed. R. Evid. 702(d);

(2) the proposed testimony is not based on sufficient facts or data under Fed. R. Evid. 702(b);

(3) the expert witness is not qualified as an expert by knowledge, skill, experience, training, or education with respect to his proposed testimony under Fed. R. Evid. 702;

(4) the proposed testimony will not help the trier of fact to understand the evidence or to determine a fact in issue under Fed. R. Evid. 702(a).

This motion is made pursuant to Civil Local Rule 7.1 and is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the supporting Declaration of Marc E. Miller and its exhibits, all of which are served and filed herewith, the complete records and files of this action, and any argument or additional evidence that is permitted by this Court.

Dated: December 11, 2018         Respectfully submitted,

By */s/ Tamar Duvdevani*
TAMAR DUVDEVANI
DLA Piper LLP (US)

*Attorneys for Plaintiff
Dr. Seuss Enterprises, L.P.*