# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

IN RE:

DR. SEUSS ENTERPRISES, L.P. v
COMICMIX LLC and others

This Document Relates To:

MARKET IMPACT

No. 16-CV-2779 (JLS, BGS)

Hon. Janis L. Sammartino

**<u>EXPERT REPORT OF PROFESSOR JOSHUA GANS</u>**

## I.    Credentials

I am Joshua Gans, Professor of Strategic Management and holder of the Jeffrey S. Skoll Chair in Technical Innovation and Entrepreneurship at the Rotman School of Management and Professor (Honorary) in the Department of Economics, University of Toronto, where I have taught since 2011 and where I am Area Coordinator for Strategic Management and Chief Economist of the Creative Destruction Lab. I am also a Research Fellow at the Center for Digital Business at the Massachusetts Institute of Technology. Previously, I was a visiting scholar at Harvard University and Microsoft Research and a Professor of Management (Information Economics) at the University of Melbourne.

I earned a doctorate degree in economics from Stanford University in 1995 (on a Fulbright Scholarship). I received my bachelor's degree in economics from the University of Queensland in 1990.

I currently serve as department editor (Business Strategy) of *Management Science* and an associate editor of the *Journal of Industrial Economics*. I am also Managing Director of Core Economic Research Ltd.

The primary focus of my research activity has been on understanding the drivers of commercialization strategy by technology entrepreneurs and, in particular, the role of intellectual property protection and competition in this regard. I have also engaged in an extensive research program to understand the potential pro- and anti-competitive impacts of mergers, contracts, negotiations, outsourcing and vertical relationships. This involves both theoretical, policy and empirical work. On these topics and those in economics in general, I have had more than one hundred published papers in journals such as the *Journal of Political Economy*, *American Economic Review*, *RAND Journal of Economics*, *Journal of Industrial Economics*, *International*

Exhibit 2, Page 65

*Journal of Industrial Organization*, *Journal of Economics and Management Strategy*, *Journal of Regulatory Economics*, *Information Economics and Policy*, *Management Science*, *Economics Letters*, *Journal of Economic Behavior and Organization*, *Economic Record*, *Economics of Innovation and New Technology*, *Small Business Economics*, *Research Policy*, *Journal of Public Economics*, *Social Science and Medicine*, and the *Australian Business Law Review*. I have published several books including *Publishing Economics*, *Principles of Economics*, *Core Economics for Managers*, *Finishing the Job*, *Information Wants to be Shared*, *The Disruption Dilemma*, *Scholarly Publishing and its Discontents*, *Survive and Thrive* and *Prediction Machines: The Simple Economics of Artificial Intelligence*.

I am a Fellow of the Australian Academy of Arts and Sciences. In 2006, I was the first economist to be awarded the Woodward Medal for Humanities and Social Sciences. In 2007, I was the inaugural recipient of the Economic Society of Australia's Young Economist Award, which is awarded once every two years to an outstanding Australian economist under the age of forty. In 2008, I won (with Dennis Carlton and Michael Waldman), the Robert F. Lanzillotti Prize for the Best Paper in Antitrust Economics. In 2017, I received the Roger Martin Award for Excellence in Research and a Prose Award for best business book.

I have had considerable experience in the application of economics in both law and policy. Among other things, I have testified at trial in the United States District Court for the Northern District of Ohio regarding economic loss as measured by conjoint analysis. I have also testified before the U.S. Copyright Royalty Board, the Supreme Court of Victoria, the Australian Administrative Appeals Tribunal, the Australian Competition Tribunal, the Australian Copyright Tribunal and the House of Representatives Standing Committee on Economics, Finance and Public Administration. Over the years, I have also consulted on competition matters for numerous companies and

government organizations around the world. My curriculum vita (including testimony) is attached as Appendix A.

## II.    Assignment

In connection with the case of *Dr. Seuss Enterprises v. ComicMix LLC et al.*, filed in the United States District Court for the Southern District of California, Case No. 16-cv-2779-JLS-BGS (herein "this action"), I have been retained by the law firm of Booth Sweet LLP to prepare this report. The Defendants in this action are accused of infringing copyrights held by Dr. Seuss Enterprises, L.P. (herein "Plaintiff") in certain specified works. Booth Sweet LLP, counsel for the Defendants in this action, asked me to examine what likely effect the work "Oh the Places You'll Boldly Go" (herein *Boldly*) will have on the potential market for or value of certain works by Dr. Seuss, in particular, "Oh the Places You'll Go" (herein *Go!*), *The Lorax, How the Grinch Stole Christmas*, *Horton Hears A Who*, *The Sneetches and Other Stories* (collectively herein, "the other Dr. Seuss Books"), and licensed derivative works thereof. This is a task that I undertake using my expertise as an economist.

I am not being compensated for my work except for expenses incurred. In other matters where I serve as an expert witness, I usually receive compensation at a rate of between $850 to $1000 per hour for research and testimony, but I chose to waive those charges to Defendants on this occasion. My compensation is not dependent on the nature of my findings or on the outcome of this matter.

## III.  Basic Facts

*Oh, the Places You'll Go!* (aka *Go!*) was Theodor Seuss Geisel's last book published before he passed away in 1991. It is a best seller every year having sold over 12.5 million copies and it has

-4-

the highest sales of any Dr Seuss work.[1] Dr. Seuss's books, including the other Dr. Seuss Books, are targeted at a young readership (pre-K through Grade 2) with some additional products targeted to Grade 5.

The original series of *Star Trek* debuted as a regular television show broadcast on network television beginning in 1966 and was shown for just three seasons (herein "the original series"). A short-lived animation series followed in 1973. It was revived in motion pictures beginning with *Star Trek: The Motion Picture* in 1979 and continuing on through five more television series and twelve more movies. The Original Series was shown in the 8:30 – 9:30pm time slot. It is rated TV-PG, meaning it contains material parents may find unsuitable for younger children. More recent Star Trek series have a more restrictive rating (*Star Trek: Discovery* has episodes rated TV-MA, the most restrictive rating).

Many Star Trek products begin with an introductory statement. For instance, the original series opened each episode with William Shatner (who played Captain James Tiberius Kirk) saying:

> *Space. The final frontier. These are the voyages of the starship Enterprise. Its five-year mission. To explore strange new worlds. To seek out new life and new civilizations. To boldly go where no man has gone before!*

The statement noted the premise of the show being the exploratory voyages of a starship journeying to what was usually a new planet each week. While the phrasing changed for some subsequent movies and television series, the term "boldly go" remained.

*Oh, the Places You'll Boldly Go!* (aka *Boldly*) is a transformative mash-up of the original series of Star Trek with elements of *Go!* and the other Dr. Seuss Books. It was written by David Gerrold

---

[1] Graham, Ruth, "*Oh, the Places You'll Go!* Is the Top-Selling Book for Graduates. Too Bad it Doesn't Offer Great Advice," *Slate*, May 17, 2016 (http://www.slate.com/blogs/browbeat/2016/05/17/oh_the_places_you_ll_go_is_the_top_selling_book_for_graduation_season_but.html retrieved 16 September 2018).

and illustrated by Ty Templeton. It has not been published but it was launched as a Kickstarter project in 2016. Kickstarter is a crowd funding platform that allows artists to place creative projects on the site to attract funds for development. Supporters are often provided with inducements in the form of products based on the artwork to encourage support for the project. While *Boldly* did reach its funding goal of $20,000, it was pulled from the site following the copyright infringement claim that created these proceedings. It has not been made available in the market, although the number of supporters who pledged to support the publication of *Boldly* was in excess of 700, and it is my understanding that both a publisher and a vendor expressed interest before Plaintiff's allegations of infringement intervened.

## IV.  Theoretical Considerations

I have had a long-standing research interest in how information is used and reused. In 2012, I published a book, *Information Wants to be Shared* (Harvard Business Review Press) which examined the economics of how information was used and consumed in a world where attention is scarce.

In 2014, I became interested in a push on the Internet to give users a right to remix content. The notion was that people could take an audio or visual product, extract a share of that content, and remix it in another form. This was something users had been doing and, when successful, had created content that was potentially popular. While that remixed content had social value, because it relied on the reuse of some share of content from original works (say, a sampling of audio or video), it potentially infringed any copyright held on that original content. The question I was interested in was whether such remixing would reduce the incentives for original content to be produced.

In 2015, I published my research in the *International Journal of Industrial Organization*.[2] It was, to my knowledge, the first paper to consider the incentives of original creators and remixers in a world where there were different property rights regimes available. For instance, I compared situations where there was no copyright protection (allowing the remixer to remix without permission of the original creator), full copyright protection (not allowing remixing without the permission of the original creator), what I termed 'fair use' (which was allowing some fraction of the original work to be remixed without permission of the original creator) and 'remix rights with compensation' (where the remixer could remix any content but would have to compensate the original creator for losses, if any). Broadly speaking, the results of the paper showed that no copyright protection was always a bad outcome in terms of maximizing economic efficiency while other regimes, what I termed 'fair use,' may be favored depending on the intrinsic value of the original work to the original creator (say, in terms of direct profits or other criteria) and the strength of the opportunity to remix content.

*Boldly* is a transformative work of *Go!* rather than a remix. That is, the alleged copying of content from *Go!* and the other Dr. Seuss Books is not straightforward, in that any copied elements are consistently interspersed with original writing and illustrations. For that reason, it does not precisely fit the expression of the model provided in my research on remix rights. However, the issues that arise with respect to market impact do fit the research model in that it is alleged by Plaintiff that the publication of *Boldly* would have a detrimental impact on original works (*Go!* and the other Seuss Books), and on the Plaintiff's ability to generate revenue from a variety of

---

[2] "Remix Rights and Negotiations over the use of Copy-Protected Works," *International Journal of Industrial Organization*, Vol.41, July 2015, pp.76-83.

Exhibit 2, Page 70

sources. In other words, from an economic perspective, the potential market effects modelled in my research are the same as those alleged by the Plaintiffs.

The main finding of my research with regard to 'fair use' is that fair use is an optimal regime for economic efficiency when the intrinsic profits that the original creator receives are very high relative to the expected detriment to those profits as a result of the publication of a later derivative or transformative work (herein "the later work"). The reason is that fair use provides a degree of protection for the creators of the later work; and that, relative to a regime without fair use, increases those creators' bargaining power, in negotiations with the creator of the original work, over whether the later work should be published or not, and on what terms. It recognizes that when publication of the later work reduces the original creator's profits by more than it yields in profits to the later work (in other words, when the sum of profits falls from publication of the later work), the result of bargaining in the shadow of a fair use regime will be to incentivize the original creator to offer the later work's creators a deal to ensure publication does not take place. By contrast, when the original creator's profits are harmed by less than the benefit from the later work, fair use allows that later work to be published.

These results, as I understand it, differ from the law in the United States applicable in this action somewhat, in that my research took into consideration the profits that might be lost with respect to the original work. It is my understanding that because the later work in this action, *Boldly*, is a transformative work, it is not considered a direct market substitute for the original work (*Go!* and other Dr. Seuss books) under United States law, and that any market effect on the original work itself is not considered in assessing the market impact in this action. In that respect, if it were concluded that the profits from the original work, on its own, were sufficient to provide incentives to the original creator to create that work, then that would reduce the extent of profits required

from other activities of the original creator needed to satisfy the conditions of the research model. That is, to the extent that the original author was incentivized to create *Go!* and the other Seuss Books without regard to any potential loss attributable to transformative works written decades after his death, any potential effect on Plaintiff's market for derivative works would be less significant under the research model.

## V.    Evidence of Market Impact

My research suggests that a derivative work should have a right to be published if it is not expected to materially damage the opportunities for the copyright holder to earn profits from their current activities related to the work at issue. Here I will examine the evidence with regard to market impact of those activities independent of any direct impact on sales of the original work (that is, *Go!* and the other Seuss Books).

### A.    The later work does not impact the targeted market for the original works

I have examined the claims of the Plaintiff, and have reviewed *Go!*, the other Seuss Books, and *Boldly*. In my opinion, *Boldly* addresses a different market and market function from  *Go!*, the other Seuss Books, and Plaintiff's other products.

Plaintiff repeatedly asserts that the market for Plaintiff's products, including *Go!* and the Seuss Books, is children. "Most of the Dr. Seuss books were written to entertain children, but more importantly, to promote and stimulate children's love of reading and literary skills."[3] "Children around the world read the Dr. Seuss books, and parents and educators worldwide use the Dr. Seuss books to motivate children, teach community values, and enhance literacy." [4] It is my understanding that, with the sole exception of *Go!* which is marketed not only to children, but also

---

[3] Original Complaint, p.3.

[4] Original Complaint, p.4.

Exhibit 2, Page 72

as a gift to be given to college graduates and other graduates, the Seuss Books are targeted at young children (below the age of six or so years old), and Plaintiffs' other products also target that market segment.

By contrast, my understanding is that *Boldly* is a work that is targeted at adults and perhaps young adults. As noted above, Star Trek is not rated for young children. An appreciation of *Boldly* requires knowledge of Star Trek. In particular, *Boldly* contains many references throughout to specific episodes of the Original Series, and, in my opinion, would be unlikely to hold any value or interest to a consumer who was not already versed in *Star Trek* Original Series tropes and characters, and in *Go!*.

What this means is that, from an economics perspective, there is a strong prima facie case that there is unlikely to be any direct adverse impact of the publication of *Boldly* on any of Plaintiff's products—be it *Go!*, the other Seuss Books, or licensed products derivative of those works—as they operate in distinct markets from *Boldly*.

### B.  The derivative work may result in increased sales of the copyrighted work

With respect to market impact, far from having a detrimental effect on Dr. Seuss products, *Boldly* is reasonably likely to have a positive impact on sales of Dr. Seuss books, including *Go!* and the other Seuss Books.

In order to examine this potential positive market impact, I tried to identify previous derivative works of *Go!* that had been published by third parties. One such work was *Oh, the Things You Don't Know!* written by Antonio Carter and Pyrink Hernandez published in May 2016. They also published at the same time *Oh, the Shit You Don't Know (College Graduate Edition)*, a version of their other work with language they regarded as suitable for college graduates. Unlike *Boldly*, these derivative works appear to target the same market as *Go!*.

Here I reproduce a screen shot from the Amazon.com page for *Oh, the Things You Don't Know!* Amazon.com's product pages typically include a section displaying what "Customers who bought this item also bought," which readily identifies for consumers other products previously purchased by other purchasers of the same item, with the goal of encouraging those additional purchases by subsequent customers. My understanding is that Amazon's algorithms identify which products were most likely to be purchased by the same customer who had already purchased the initial product from Amazon.



Screenshot on 10th September 2018 (11:18am) (https://www.amazon.com/Oh-Things-You-Dont-Know/dp/1533143730/ref=sr_1_1?s=books&ie=UTF8&qid=1536592655&sr=1-1&keywords=oh+the+things+you+don%27t+know)

It can be seen from this page that purchasers of *Oh, the Things You Don't Know!* also bought—and were considered likely by Amazon's algorithms to also purchase--the college edition of the same work, as well as three other books by Dr. Seuss and/or derivative works licensed by Plaintiff: *Go!*, the licensed derivative *Seuss-isms!*, and the licensed derivative *Oh, the Places I've Been!*

*Journal*. In other words, Amazon predicts and indicates that consumers who purchased this derivative work *Oh, the Things You Don't Know!* were more likely to purchase not only the original work but other works by Dr. Seuss and/or Plaintiff's licensed derivative works. The same prediction also arose for purchasers of the college edition.[5] Note also that Amazon identified the original and derivative work as 'frequently bought together.'

By contrast, on an examination of the Amazon page for *Go!*, the derivative works published by third parties do not appear as recommended or likely potential purchases. This indicates that, conditional on purchasing *Go!*, Amazon customers are not very likely to purchase the derivative works published by third parties.

This evidence is, to me, strongly suggestive that *Go!* and the other Seuss Books, and works derivative or transformative thereof, are likely to serve as complements rather than substitutes in the eyes of consumers. When works are complements, the availability of one will increase purchases of the other. In this regard, the Amazon information regarding previous published third-party derivative works of *Go!* strongly indicates that there will be a complementary relationship between *Go!* and *Boldly*, and that it certainly is unlikely that there will be a substitutable relationship between them.

### C.  The later work will not impede the ability to strike licensing deals

*Boldly* is not an official product of either Plaintiff or CBS (the owners of Star Trek). The pertinent question with regard to potential market impact is whether the publication and distribution of *Boldly* would reduce the value of a theoretical licensing deal between Plaintiff and CBS to create

---

[5] See https://www.amazon.com/Oh-Sh-You-Dont-Know/dp/1533122911/ref=pd_sim_14_1?_encoding=UTF8&pd_rd_i=1533122911&pd_rd_r=c74ca845-b9bc-11e8-ac55-834a4eb79bb6&pd_rd_w=9HmJX&pd_rd_wg=Vodxy&pf_rd_i=desktop-dp-sims&pf_rd_m=ATVPDKIKX0DER&pf_rd_p=149fcd10-1f37-464b-8228-8e84e217115c&pf_rd_r=NWR2JDKZEEWZSTS9X64P&pf_rd_s=desktop-dp-sims&pf_rd_t=40701&psc=1&refRID=NWR2JDKZEEWZSTS9X64P

a new, co-branded work. Such a market effect is not reasonably likely, and any such market effect is not reasonably likely to be substantial.

Dr. Seuss is a very strong brand in children's literature while Star Trek is a very strong brand in science fiction. If there are sizeable commercial opportunities to be made from combining the Dr. Seuss brand with *Star Trek* or any similar science-fiction brand to create new works, given their decades of long-standing existence, it stands to reason that those cross-licensing deals might have been undertaken to date. While Dr. Seuss's brand has sustained itself over that time, and sales of Dr. Seuss's original works have grown, there have been fluctuations in Star Trek's popularity over that period.

*Boldly* could not pose any challenge to a hypothetical future licensing deal unless it would harm the potential market for a cross licensed, co-branded product. While I cannot point to evidence to directly assess this, because Plaintiff has identified no comparable co-branded product like *Boldly* on the market to date (which, in itself, suggests that *Boldly* would not impeded any substantial potential market), I can note that such detriment would be expected to arise only if *Boldly* were a superior work, in the eyes of potential consumers, to an official title made combining the internal expertise of both Dr. Seuss Enterprises and CBS or another entertainment industry franchise with a similarly strong brand as Star Trek. If *Boldly* were not a superior work in the eyes of potential consumers, it would be outcompeted by the combined official brands' offspring product. A theoretical co-branded work's ability to outperform *Boldly* would be aided by the existing market power of Plaintiff and CBS, and by the co-branded work's use of the clear trade-marks of those brands, among other factors.

Plaintiff alleged that such licensing deals would be harder to make if *Boldly* were published, but provided no evidence, nor suggestion, that *Boldly* is a superior product to any that Plaintiff could

produce itself. My expert experience suggests that strong brands and their products are far more likely to succeed in the market than unknown or lesser-known brands and their products. This suggests that the probability that a hypothetical licensing deal between Plaintiff and CBS (or a similarly situated entertainment franchise) would be subverted by *Boldly* is very low.

### D. There is limited scope for future derivative or transformative works

The Plaintiffs allege that allowing publication of *Boldly* will open up the floodgates for future derivative works. This is far from obvious, and seems unlikely. The potential market for works that are transformative of Dr. Seuss works in a manner similar to the transformation made in *Boldly* appears limited.

As I understand it, *Boldly* is suited to being a mash-up, transformative of *Go!* and the original series of Star Trek, precisely because both *Go!* and the original series were about journeys. While there are fictional narratives based on journeys associated with other similarly prominent entertainment franchises, they are limited in number. To take one example, Star Wars is based on conflict rather than discovery. In other words, it is far from clear that there are opportunities to create many derivative works of *Go!* that might appeal to a market niche.

In addition, derivative works are themselves subject to diminishing additional value in the eyes of consumers. Even if there is market value to creating the first work derivative or transformative of a well-known original work, any subsequent additional derivative or transformative works are increasingly less likely to create as much value as the first. In other words, the scope for the floodgates being opened is unlikely in my opinion precisely because the scope of the market for derivative works is itself likely to be constrained.

Exhibit 2, Page 78

## VI.  Summary

I have examined the claims of Plaintiffs that if Boldly were published that there would be market harm to Dr. Seuss Enterprises. Given that publication has not taken place, an economist must look to economic theory and also other examples of similar outcomes to inform on likely impacts.

In examining market evidence, in my opinion, the publication of *Boldly* will be unlikely to result in any market harm to the Plaintiffs and may even lead to benefits. In particular,

- The target markets for Dr. Seuss products are distinct and separate from the target market for *Boldly*; Dr. Seuss is a brand for young children while *Boldly* is targeted at adults versed in Star Trek tropes, stories and characters.

- Purchasers of *Boldly* are more likely to purchase *Go!* and other Dr. Seuss works. This is shown by the examination of past works that were transformative of *Go!* and the revealed responses from Amazon algorithms that reveal that these works were likely to be purchased with Dr. Seuss products. This indicates they are complements more than substitutes.

- Licensing deals are unlikely to be impacted on by the publication of *Boldly* since both Dr. Seuss and Star Trek are excellent brands and would likely outcompete unofficial transformative works.

- The specific underlying 'journey' experience in *Go!* makes it match well with Star Trek: The Original Series in particular and so is unlikely to lead to many other opportunities for similar transformative works.


Joshua Gans

Exhibit 2, Page 79

# Joshua Samuel Gans

**Contact**
> Phone (Canada): (647) 273 3202
> E-Mail: Joshua.Gans@gmail.com

**Citizenship:** Australian

## Education

**Stanford University**, U.S.A., Doctor of Philosophy (in Economics), 1990 - 1994, Dissertation Title: *Essays on Economic Growth and Change*, Advisors: Professors Paul Milgrom, Kenneth J. Arrow and Avner Greif.

**University of Queensland**, Australia, B.Econ (First Class Honours) with majors in Economics and Law, 1986 - 1989.

## Positions Held

**Current:**

*Professor of Strategic Management and Jeffrey S. Skoll Chair of Technical Innovation and Entrepreneurship, Rotman School of Management, and (Honorary) Professor, Dept of Economics, University of Toronto (July 2011 -)*

*Area Coordinator, Department of Strategic Management, Rotman School of Management (July 2013 -)*

*Chief Economist, Creative Destruction Lab, University of Toronto (June 2014 -)*

*Research Associate, National Bureau for Economic Research (May 2012 -)*

*Research Affiliate, Center for Digital Business, Sloan School of Management, Massachusetts Institute of Technology (May 2012 -)*

*Managing Director, Core Economic Research (June 2001 -)*

*Chief Economist, Revlo (2015 - 2017)*

*Advisory Board, The Conversation (2011 -)*

*Advisory Board, Coursepeer Ltd (2012 -)*

*Deparment Editor, Management Science (Strategy) (2017 -); Associate Editor (2010 – 2017)*

*Associate Editor, Journal of Industrial Economics (2008 -)*

**Previous:**

*Professor of Management (Information Economics),* Melbourne Business School University of Melbourne (October 2000 – June 2011); *Professorial Fellow,* Department of Economics, University of Melbourne (2001-2011), *Associate Professor* (July, 1996 – October 2000)

*Visiting Researcher,* Microsoft Research (New England Lab) (January – June 2011).

*Visiting Scholar,* Harvard University (Economics) and NBER (December 2009 – January 2011).

Co-Editor, *International Journal of Industrial Organization* (2005 - 2011)

Co-Editor, *Journal of Economics and Management Strategy* (2003 - 2008)

*Director,* Centre for Ideas and the Economy, Melbourne Business School (October 2006 -).

*Director,* Economic Theory Centre, University of Melbourne (January, 2006 – December 2009); *Associate Director* (September 2001 – December 2005).

*Director,* Intellectual Property Research Institute of Australia (August 2006 – January, 2007), *Associate Director* (March, 2002 - August 2006).

*Advisory Board,* Rismark Pty Ltd (2005 - 2010)

*Advisory Board,* Aplia.com (2005 - 2007)

*Director,* Melbourne Business School Ltd (October 2003 – October 2006)

*Lecturer,* School of Economics, University of New South Wales (September, 1994 - July, 1996)

## Honors and Awards

Roger Martin Award for Research Excellence, 2016-17
Winner of PROSE Award for best book in Business, Management, Finance, 2017
Best Paper in Technology Management, Informs (Runner-Up), 2013
Excellence in Teaching Award, Rotman School of Management, 2012
Excellence in Refereeing Award, *American Economic Review*, 2012
Fellow, Strategy Research Initiative, 2012 -
Australian Publishers Association Award for Best Tertiary Adaptation (Teaching & Learning), 2009.
Fellow of the Academy of Social Sciences, Australia, 2008 -
Young Economist Award, Economic Society of Australia, 2007
Woodward Medal in Humanities and Social Science, 2006
Professorial Fellow, Department of Economics, University of Melbourne, 2001 -
Best Discussant, Annual PhD Conference in Economics and Business, 2002.
Fellowship, Jerusalem Summer School in Economic Theory, 1993
Stanford Center for Conflict and Negotiation Fellowship, 1993
Fulbright Postgraduate Scholarship, 1990
Stanford University Graduate Fellowship, 1990
University Medal, University of Queensland, Australia, 1989
Reserve Bank of Australia Cadet Scholarship, Australia, 1988

## Teaching Experience

Postgraduate subjects in microeconomics, incentives and contracts, economics of innovation, macroeconomics, advanced game theory, personnel economics, entrepreneurship, network and digital market strategy (Rotman School of Management, University of Toronto, Melbourne Business School and University of New South Wales, AGSM and School of Economics)
The Next 36 (Toronto), lectures in digital market strategy and entrepreneurial strategy
Undergraduate subjects in microeconomics, macroeconomics, technological change and development, network and digital market strategy (University of Toronto, University of New South Wales)
Executive Education in technology strategy (INSEAD) and regulatory economics

## Consulting

*Long-term Associations*

- Brattle Group (January 2015 - )
- Keystone Strategy (August 2011 – December 2014)
- CoRE Research (June, 2001 – September 2014)
- Australian Competition and Consumer Commission (October, 1999 – June 2000; March 2006 – December 2007)
- Charles River Associates, Senior Consultant (August 2002 – August 2005)
- The Economist Advocate (February, 1999 – June 2002)
- London Economics, Australia (February 1997 - May, 1999)

*Litigation and Witness Statement Preparation*

- Expert witness statement on behalf of Jed McCaleb in an arbitration with Ripple (May – August, 2018)
- Expert witness statement on behalf of a class in a matter against General Motors in ignition switch damages (March 2018 - )
- Expert witness testimony on behalf of R2 Semiconductors against Intel, Dell and Hewlett Packard for a patent infringement exclusion order in the US International Trade Commission (February 2017 – July 2017).

2

- Expert witness testimony on behalf of the National Music Publishers Association in a Copyright Board determination of mechanical royalties for song-writers (June 2016 – March 2017); including deposition.
- Expert witness in valuation of intellectual property matter on behalf of Semantic Computing (June – November 2015)
- Expert witness on copyright dispute for arbitration with regard to mobile apps for telecommunications carriers (2013-14).
- Expert witness in class action against Whirlpool Ltd in Ohio on damages associated with damaged front-loading washing machines (2013 - 2014). Testified on damages in jury trial in October 2014; including deposition.
- Chief economic expert witness to the Federal Trade Commission on its antitrust claim – exclusionary conduct and abuse of market power – against Intel (2009-2010).
- Expert witness advice to Fortescue Metals Group in the Mt Newman declaration decision against BHP-Billiton, Australian Competition Tribunal (June 2007 – December 2009).
- Expert Witness Affidavit and Deposition on behalf of Third Wave Ltd in antitrust litigation in the HPV testing market against Digene Ltd in the US Federal Court, Wisconsin (August 2007 – January 2008); deposition only.
- Expert witness advice to the WA Potato Marketing Corporation in a constitutional dispute (July 2007 – January 2008)
- Expert witness advice to the ACCC on an Australian Copyright Tribunal dispute involving Fitness Australia and PPCA (May 2007 – April 2009)
- Expert witness statement construction on behalf of Foodstuffs NZ in Court proceedings with the NZCC on a potential acquisition of The Warehouse (August, 2007 – July 2008)
- Expert Witness Testimony on behalf of Victorian Chicken Meat Processors on the collective boycott authorisation for chicken growers at the Australian Competition Tribunal (July 2005 – November 2005).
- Expert Witness Testimony on behalf of ARA on hazardous waste trade in the Administrative Appeals Tribunal (December 2002 – February 2003).
- Expert testimony for TXU in appeal at the Victorian Supreme Court over the ORG's electricity pricing determination (March, 2001).
- Expert witness at Appeal Tribunal for United Energy appealing the Office of the Regulator General's Determination on prices for electricity distribution in Victoria (October, 2000)
- Expert witness at the Administrative Appeals Tribunal for the Australian Communications Authority on dispute with Cable and Wireless Optus over local number portability requirements (August, 1999)
- Advice to ACCC on trade practices matter against Safeway (July, 1998 – August,, 1999)
- Advice to ACCC on predatory pricing case against Boral (April, 1998 – February, 2000)
- Assistance to Professor Philip Williams in preparation of expert witness statement for Australian
- Competition Tribunal consideration of the authorisation of the Australian Performing Rights Association (January - August, 1998)
- Report on damages calculation for misleading information case in the building industry (August, 1997)
- Report on the economic theory of damages for price fixing violations (March, 1997)
- Submission of competitive implications of Pay TV mergers in New Zealand (Nov 1996)

*Projects by Industry*

## 1. **Electricity**

- Evaluation of a methodology for assessing market power in wholesale electricity markets in New Zealand for the Commerce Commission (June 2008).
- Economic advice to the ACCC on the proposed AGL-TRU Energy electricity asset swap in South Australian (March, 2007)
- Economic advice to the ACCC on the partial acquisition of Loy Yang Power by AGL (November – December 2003).
- Expert testimony for TXU in appeal at the Victorian Supreme Court over the ORG's electricity pricing determination (March, 2001).

- Report critiquing the form of regulation of Victorian electricity distribution, on behalf of United Energy (September - October, 2000).
- Participation in a training program for Macquarie Generation (December, 1999)
- Economic analysis of electricity generating asset in preparation for a bid (March, 1999)
- Analysis of a contract for sale of electricity to a smelter project (February, 1999)
- Report on NEMMCO pricing principles for the National Retailers Association (September, 1998)
- Analysis of gaming the National Electricity Market Rules (February, 1998)
- Analysis of proposal for allocation of power purchasing agreements in Queensland (December, 1997)
- Analysis of vesting contract arrangements for the Queensland Electricity Reform Unit (December, 1997)
- Analysis of proposals for electricity transmission pricing in Queensland (September, 1997)
- Report on options for electricity industry reform in Western Australia (September, 1997)
- The role of greenhouse gas regulation on electricity pool behaviour (July, 1997)
- Advisor to Queensland Electricity Reform Unit: review of generator market strategies in the NEM and the implications of contracts (May 1997 - November, 1999).
- Bid for Loy Yang: report on the implications of market power for asset values (October-February 1997);
- ETSA Generation: report on the regulation of market power (August, 1996);
- NSW Electricity: report to ACCC on potential for anti-competitive behaviour (March - April, 1996);

2. **Gas**

- Analysis of a proposed AGL-Alinta arrangement on behalf of the ACCC (May, 2006).
- Submission on behalf of Envestra to the Queensland Competition Authority regarding its determination on regulated prices for Queensland's gas distribution network (March - April, 2001).
- Analysis of the competitive implications of a gas contract for electricity generation (March, 1998).
- Advice on the use of electricity prices in gas supply contracts to generators (May, 1997).
- Evaluation of R.J. Rudden report on AGL's cross subsidies (April, 1997)
- Gas transmission pricing: reviewed IPART gas transmission submission on behalf of BHP (October 1996-April 1997);
- Gas market: report on the market power implications of the proposed Victorian gas market and examined alternative market arrangements (January-March 1997);
- ETSA Gas: reports on appropriate pricing of gas in electricity use (April, 1996);

3. **Telecommunications**

- Economic advice to the ACCC of mobile termination pricing (September 2007)
- Economic advice to the NZCC on imputation tests in telecommunications (April 2007)
- Economic advice to the ACCC on the copper tails pricing by the G9 (August, 2007)
- Economic advice to the ACCC on Telstra's ULLS undertakings (May – August 2006)
- Economic advice to the NZCC on a 0867 dispute with Telecom NZ (2006).
- Submission to the ACCC on behalf of AAPT in relation to the report by Professor Hausman on mobile termination (April 2005).
- Submission to the ACCC on behalf of Hutchison Telecommunications in respect of its mobile services review (July 2003).
- Submissions to the ACCC on behalf of AAPT in respect of Telstra's proposed PSTN undertakings (June 2003).
- Advice to Hutchison telecommunications on bundling in Pay TV markets (June 2002)
- Advice and analysis to AAPT with regard to its interconnection pricing dispute with Telstra at the Australian Competition Tribunal (April, 2001 – May, 2002).
- Report submitted as part of SingTel submission to the ACCC evaluating the competitive implications of Vodafone's undertakings with respect to its proposed bid for C&W Optus (February, 2001).
- Research report for ACCC on Mobile termination of fixed line calls (December, 1999)
- Research report for ACCC on PSTN termination by non-dominant networks (December, 1999)

Exhibit 2, Page 83

- Expert witness for the Australian Communications Authority/ACCC in a matter against Cable and Wireless Optus at the Administrative Appeals Tribunal on local number portability (August, 1999)
- Advice to ACCC on commercial churn matter against Telstra (March, 1999 – January, 2000)
- Analysis of criteria for declaration of intercity transmission lines in telecommunications (ACCC); (March, 1998)
- Report on contracting arrangements in telecommunications (October, 1997)
- Report on local number portability and technology adoption for Telstra (November, 1996)

### 4. Banking and Financial Services

- Economic research on behalf of Visa International (March – October 2016).
- Economic advice to Suncorp on proposed acquisition of Promina (October – November 2006).
- Submission to the ACCC on behalf of Cash Services Australia regarding the share acquisition by National Australia Bank (October 2005).
- Submission to the ACCC on behalf of First Data with regard to its acquisition of CashCard (November 2003 – January 2004).
- Research report and assistance to the National Australia Bank in assessing the competitive implications and regulatory options for the setting of interchange fees in credit card associations (March, 2000 – March 2001).
- Examination of theoretical arguments regarding horizontal mergers in Australian banking industry (March, 1997 and May, 1998)
- Analysis, on behalf of Lend Lease, of submission to the ACCC for a joint venture between Lend Lease and National Mutual (November - December, 1997)
- Report on access to the electronic payments system for the National Australia Bank (March - July, 1998).

### 5. Pharmaceuticals

- Advice to Mayne Healthcare on wholesale reform under the Pharmaceutical Benefits Scheme (February 2002).
- Advice to the National Pharmaceutical Services Association on the changes to the wholesale margin in the Pharmaceutical Benefits Scheme (May 2001 - June 2001).
- Advice to Faulding Healthcare on implications of COAG review of the pharmaceutical industry (April, 1999 – June, 1999)
- Economic analysis, on behalf of Faulding, of the competition issues surrounding a proposed takeover of AMCAL by Faulding Retail (September, 1998).
- Report on merger authorisation for Sigma and QDL (Nov, 1996)

### 6. Other

- Economic advice to Microsoft on antitrust matters (January – December, 2012)
- Economic advice to Microsoft on patent royalties (May, 2012 - 2015)
- Economic advice to US Airways on online travel retailing (February – May 2012)
- Economic advice to Foodstuffs (NZ) on a potential merger with The Warehouse (July-August, 2007).
- Economic advice to the NZCC on a dispute between Pete's Post and NZ Post on a s36 matter (March, 2007).
- Economic advice to Visy on price fixing matters and damages calculations (October 2006 - 2008).
- Advice to Metcash on the potential acquisition by Woolworths of an IGA Outlet in Jindabyne (June 2007 – August 2007)
- Economic advice to the ACCC on a proposed acquisition by Video Easy of Blockbuster (June – August, 2007)
- Economic advice to Leighton Holdings on a contract dispute with the WA Government (May – July 2007).
- Economic advice to the ACCC on exclusionary conduct by Nestle (October, 2006 – January 2007)
- Economic advice to OneSteel on proposed acquisition of Smorgon Steel (June – June 2007).
- Economic advice to ACCC on definitions of regulatory risk (June, 2006).

Exhibit 2, Page 84

- Economic advice to VicForests on proposed auction designs (2006)
- Economic advice to Barloworld on their proposed acquisition of Wattyl (October 2004 – June 2006)
- Economic advice to the ACCC on Alinta's proposed acquisition of AGL (May 2006)
- Submission on behalf of CSR on exclusive dealing arrangements of James Hardie (February 2006)
- Economic advice to the ACCC on Toll's proposed acquisition of Patrick (October 2005 – March 2006)
- Economic advice to the ACCC on Patrick's proposed acquisition of FCL (July – September, 2005).
- Submission to the IPART review of rents for Crown Land for Broadcast towers on behalf of Broadcast Australia (May 2005).
- Economic advice to Pacific Brands on the proposed acquisition of Joyce by Dunlop Foams (September 2004 – January 2005).
- Economic analysis of smash repairs and insurance for Consumer Affairs Victoria (September, 2004).
- Analysis of exclusive dealing claim by Peter Stevens Motorcycles against Kawasaki on behalf of Kawasaki (July – October 2004).
- Report for the MTAA on shopper docket schemes in petrol retailing (August 2004).
- Economic advice to Boral on its proposed acquisition of Adelaide Brighton and litigation against the ACCC (May 2004 – October 2004).
- Work for AWBI on the value of the single desk and its performance in wheat marketing (September 2003 – September 2004).
- Report for Medibank Private on the economic case for a private health insurance rebate (October 2002 – February, 2003).
- Submission to Productivity Commission on behalf of Adsteam Marine Ltd on harbour towage regulation (May – June 2002).
- Submission to ACCC on behalf of Adsteam Marine Ltd on capital cost calculations in harbour towage pricing (April 2002).
- Evaluation of the single desk selling of dairy products on behalf of the Australian Dairy Corporation (September 2001).
- Advice to the ACCC on competition issues associated with B2B E-Commerce (August - September, 2001).
- Submission to the Victorian Treasury on the role of economic regulation and supply security in the proposed Essential Services Commission, on behalf of the Regulated Businesses Forum (October, 2000).
- Submission to the Competition Review of the Wheat Marketing Act on behalf of AWB Limited (March - August, 2000).
- Analysis of the Victorian Freight Rail access pricing regime for Freight Australia (July, 2000).
- Paper for Inquiry into Intellectual Property on behalf of APRA (November, 1999).
- Competitive Analysis of the proposed acquisition of Hymix by Pioneer (December, 1998)
- Analysis of access pricing principles for interstate rail (ACCC); (December, 1997)
- Assistance to Fairfax on submission to Productivity Commission on broadcast regulation (April, 1999);
- Report on supply security in electricity, gas and water (December, 1998)
- Analysis of merger between two oil refineries (August, 1998)
- Report on the Efficient Allocation of Digital Spectrum for John Fairfax Holdings Ltd (February, 1998)
- Report on product standards for electrical appliances in Victoria (March, 1997)
- Report on social implications of a merger for the provision of radiology services in Queensland (Jan 1997)
- Report on infrastructure access dispute in aluminium mining (November, 1996).
- Freight Rail Corp (NSW): Access dispute resolution with IPART (October 1996).
- Rationale for group negotiations for regional medical practitioners (September, 1996).
- Air NZ: theoretical work on the efficiency of access pricing by airports (March - April, 1996);
- Local Government Reform in Tasmania: developing a conceptual framework for the re-organisation of governmental responsibilities among local and state governments (February - May, 1996).
- New South Wales Taxation Authority: Demand conditions in swimming pool construction (December, 1994).

Exhibit 2, Page 85

## Publications

### Books

1. *Prediction Machines: The Simple Economics of Artificial Intelligence* (with Ajay Agrawal and Avi Goldfarb), Harvard Business Review Press, 2018.
2. *Survive and Thrive* (edited with Sarah Kaplan), Dog Ear Publishing, 2017
3. *Scholarly Publishing and its Discontents*, Kindle Direct Publishing, 2017.
4. *The Disruption Dilemma* (MIT Press), 2016.
5. *Information Wants to be Shared*, (Harvard Business Review Press: Boston), 2012.
6. *Parentonomics: An economist dad's parenting experiences*, New South: Sydney, 2008 (MIT Press: Cambridge (MA), 2009).
7. *Core Economics for Managers*, Thomson Learning, 2005.
8. *Finishing the Job: Real World Policy Solutions in Housing, Health, Education and Transport*, (with Stephen King) Melbourne University Publishing: Melbourne, 2004.
9. *Publishing Economics: Analyses of the Academic Labour Market in Economics*, Edward Elgar: Cheltnam, 2000.
10. *Principles of Economics* (with Stephen King, Robin Stonecash and N. Gregory Mankiw), 6th Pacific Rim Edition, Cengage, Melbourne, 2015 (1st Australasian Edition, Harcourt, Sydney, 2000).
11. *Principles of Macroeconomics* (with Robin Stonecash, Stephen King and N. Gregory Mankiw), 6th Pacific Rim Edition, Cengage, Melbourne, 2015 (1st Edition, Harcourt-Brace, Sydney, 1999).
12. *Principles of Microeconomics* (with Stephen King and N. Gregory Mankiw), 6th Pacific Rim Edition, Cengage, Melbourne, 2015 (1st Edition, Harcourt-Brace, Sydney, 1999).

### Working Papers

1. "A Comparison of Ex Ante and Ex Post Vertical Market Supply: Evidence from the Electricity Supply Industry" (with Frank Wolak)
2. "Markets for Scientific Attribution" (with Fiona Murray)
3. "When do patents encourage disclosure?" (with Scott Stern)
4. "Permission to Exist," (Martin Byford).
5. "Operationalizing Value-Based Business Strategy" (with Glenn MacDonald and Michael Ryall)
6. "Procrastination in Teams" (with Peter Landry)
7. "Some Simple Economics of the Blockchain" (with Christian Catallini)
8. "Market Structure in Bitcoin Mining" (with June Ma and Rabee Tourky)
9. "Foundations of Entrepreneurial Strategy" (with Scott Stern and Jane Wu)
10. "Exit, Tweets and Loyalty: Evidence from Airlines" (with Avi Goldfarb and Mara Lederman)
11. "Control versus execution" (with Kenny Ching and Scott Stern) (
12. "Initial Coin Offerings and the Value of Crypto Tokens" (with Christian Catalini).
13. "Self-Regulating Artificial General Intelligence"
14. "Storm Crowds: Evidence from Zooniverse on Crowd Contribution Design" (
15. "Trump, Technology and Talent" (with Richard Florida), Martin Prosperity Institute Paper, 2017.
16. "Are we too Negative on Negative Fees for Payment Cardholders?" 2018.

### Journal Articles

#### International

1. "Human Judgment and AI Pricing," (with Ajay Agrawal and Avi Goldfarb), *AEA: Papers and Proceedings*, 2018, forthcoming.
2. "Does Organizational Form Drive Competition? Evidence from Coffee Retailing" (with Brian Adams, Richard Hayes and Ryan Lampe) Economic Record (forthcoming)
3. "Contracting over the Disclosure of Scientific Knowledge" (with Fiona Murray and Scott Stern), *Research Policy* Volume 46, Issue 4, May 2017, pp.820-835.

Exhibit 2, Page 86

4. "What to expect from Artificial Intelligence," (with Ajay Agrawal and Avi Goldfarb), *Sloan Management Review*, Feb 7, 2017.

5. "Endogenous Appropriability," (with Scott Stern), *American Economic Review Papers and Proceedings*, Vol.107, No.2, May 2017, pp.317-21.

6. "The Impact of Multi-homing on Advertising Markets and Media Competition" (with Susan Athey and Emilio Calvano), *Management Science* (forthcoming).

7. "Negotiating for the Market," *Advances in Strategic Management* J. Furman et.al. (eds), Volume 37, 2017, pp.3-36.

8. "Value Capture Theory: A Strategic Management Review," (with Michael Ryall), *Strategic Management Journal*, Vol.38, No.1, January 2017, pp.17-41.

9. "Weak versus Strong Net Neutrality: Correction and Clarification," (with Michael Katz) *Journal of Regulatory Economics*, Vol. 50, (1), 2016, pp. 99-110.

10. "The other disruption," *Harvard Business Review*, March 2016, pp.78-85.

11. "Keep Calm and Manage Disruption," *Sloan Management Review*, February 22, 2016.

12. "'Selling Out' and the Impact of Music Piracy on Artist Entry," *Information Economics and Policy* Vol. 32, September 2015, pp.58-64.

13. "Remix Rights and Negotiations over the use of Copy-Protected Works," *International Journal of Industrial Organization*, Vol.41, July, 2015, pp.76-83.

14. "Exploring Tradeoffs in the Organization of Scientific Work: Collaboration and Scientific Reward," (with Michael Bikard and Fiona Murray) *Management Science*, Vol.61, No.7, July 2015, pp.1473-1495.

15. "Weak versus Strong Net Neutrality," *Journal of Regulatory Economics*, Vol. 47 (2), 2015, pp.183-200.

16. "Does the Lunar Cycle Affect Births and Deaths?" (with Andrew Leigh), *Journal of Articles in Support of the Null Hypothesis*, Vol.11, No.2, February 2015.

17. "Collusion at the Extensive Margin" (with Martin Byford), *International Journal of Industrial Organization*, Vol. 37, November 2014, pp.75-83

18. "Dynamic Commercialization Strategies for Disruptive Technologies: Evidence from the Speech Recognition Industry," (with Matt Marx and David Hsu), *Management Science*, Vol.60, No.12, 2015, pp.3103-3123.

19. "Bilateral Bargaining with Externalities" (with Catherine de Fontenay), *Journal of Industrial Economics*, Vol.64, No.4, 2014, pp.756-788.

20. "Exit Deterrence" (with Martin Byford), *Journal of Economics and Management Strategy*, Vol.23, No.3, 2014, pp.650-669.

21. "Innovation Incentives Under Transferable Fast-Track Regulatory Review" (with David Ridley) *Journal of Industrial Economics*, Vol.61, No.3, 2013, pp.789-816.

22. "Entrepreneurial Commercialization Choices and the Interaction between IPR and Competition Policy," (with Lars Persson), *Industrial and Corporate Change*, Vol. 22, No. 1, 2013, 131-151.

23. "Innovation and Climate Change Policy," *American Economic Journal: Economic Policy*, Vol.4 No.4, 2012, pp.125-145.

24. "Mobile Application Pricing," *Information Economics and Policy*, Vol.24, No.1, March 2012, pp.52-59.

25. "Platform Siphoning: Ad-Avoidance and Media Content," (with Simon Anderson), *American Economic Journal: Microeconomics* Vol.3, No.4, November 2011, pp.1-34.

26. "How Does the Republic of Science Shape the Patent System? Broadening the Institutional Analysis of Policy Levers for Innovation and Knowledge Disclosure," (with Fiona Murray and Mackey Craven), *UC Irvine Law Review*, Vol.1 No.2, 2011, pp.359-395.

27. "Remedies for Tying in Computer Applications," *International Journal of Industrial Organization*, 29 (5), 2011, pp.505-512.

28. "Carbon Offset Provision with Guilt-Ridden Consumers" (with Vivienne Groves), *Journal of Economics and Management Strategy*, Vol.21, No.1, 2012, pp.243-269.

29. "Why Tie a Product Consumers Do Not Use" (with Dennis Carlton and Michael Waldman), *American Economic Journal: Microeconomics*, Vol.2, No.3, August 2010, pp.85-105.

30. "The Impact of Targeting on Advertising Markets and Media Competition," (with Susan Athey), *American Economic Review Papers and Proceedings*, Vol.100, No.2, May 2010, pp.608-613.

31. "When is Static Analysis a Proxy for Dynamic Considerations? Reconsidering Antitrust and Innovation," *Innovation Policy and the Economy*, Vol.11, 2010, MIT Press: Cambridge (MA).

32. "Exclusivity, Competition and the Irrelevance of Internal Investment," (with Catherine de Fontenay and Vivienne Groves), *International Journal of Industrial Organization*, Vol.28, No.4, 2010, pp.336-340.

8

33. "Is There a Market for Ideas?" (with Scott Stern), *Industrial and Corporate Change*, Vol.19, No.3, 2010, pp.805-837.

34. "The Millennium Bub" (with Andrew Leigh), *Applied Economics Letters*, Vol.16, No.14, 2009, pp.1467-1470.

35. "A Dearth of Exit Strategies," *Sloan Management Review*, Spring 2009, pp.19-20.

36. "Born on the First of July: An (Un)natural Experiment in Birth Timing," (with Andrew Leigh), *Journal of Public Economics*, Vol.93, Nos.1-2, February 2009, pp.246-263.

37. "A Bargaining Perspective on Strategic Outsourcing and Supply Competition," (with Catherine de Fontenay), *Strategic Management Journal*, Vol.29, No.8, August 2008, pp.819-839.

38. "The Impact of Uncertain Intellectual Property Rights on the Market for Ideas: Evidence for Patent Grant Delays" (with David Hsu and Scott Stern) *Management Science*, Vol.54, No.5, May 2008, pp.982-997.

39. "Concentration-Based Merger Tests and Vertical Market Structure" *Journal of Law and Economics* Vol.50, No.4, November 2007, pp.661-680.

40. "Introduction to Special Issue on 'Negotiations and Cooperative Arrangements in Industrial Organization,'" (with Roman Inderst) *International Journal of Industrial Organization*, Vol.25, No.5, October 2007, pp.879-883.

41. "Do Voluntary Carbon Offsets Work?" *The Economists' Voice*, Vol.4, Iss.4, 2007, Article 7.

42. "Minding the Shop: The Case of Obstetrics Conferences," (with Andrew Leigh and Elena Varganova), *Social Science and Medicine*, Vol.65, No.7, October 2007, pp.1458-1465.

43. "Price Discrimination with Costless Arbitrage," (with Stephen King), *International Journal of Industrial Organization*, Vol.25, 2007, pp.431-440.

44. "Vertical Contracting when Competition for Orders Precedes Procurement," *Journal of Industrial Economics*, Vol.55, No.2, June 2007, pp.325-346.

45. "Inefficient Ownership and Resale Opportunities," *Economics Letters*, Vol.93, 2006, pp.242-247.

46. "Patent Length and the Timing of Innovative Activity," (with Stephen King) *Journal of Industrial Economics*, Vol.55, No.4, December 2007, pp.772-772.

47. "Did the Death of Australian Inheritance Taxes Affect Deaths?" (with Andrew Leigh) *Topics in Economic Analysis and Policy*, Vol.6, No.1, 2006, Article 23.

48. "Toying with Death and Taxes: Some Lessons from Down Under," (with Andrew Leigh) *The Economists' Voice*, Vol.3, Issue 6, 2006.

49. "Paying for Loyalty: Product Bundling in Oligopoly," (with Stephen King) *Journal of Industrial Economics*, Vol.54, No.1, March 2006, pp.43-62.

50. "Vertical Integration in the Presence of Upstream Competition," (with Catherine de Fontenay) *RAND Journal of Economics*, 36 (3), 2005, pp.544-572.

51. "Markets for Ownership," *RAND Journal of Economics*, 36 (2), 2005, pp.433-455.

52. "Optional Fixed Fees in Multilateral Vertical Relations," (with Catherine de Fontenay) *Economics Letters*, Vol.88 (2), 2005, pp.184-189

53. "Patent Renewal Fees and Self-Funded Patent Offices," (with Stephen King and Ryan Lampe), *Topics in Theoretical Economics*, Vol.4, No.1, 2004, Article 6.

54. "Vertical Integration and Competition Between Networks," (with Catherine de Fontenay) *Review of Network Economics* Vol.4 (No.1), March 2005, pp.4-18.

55. "Can Vertical Integration by a Monopsonist Harm Consumer Welfare?" (with Catherine de Fontenay), *International Journal of Industrial Organization*, Vol. 22, No. 6, 2004, pp. 821-834.

56. "When Does Funding Research by Smaller Firms Bear Fruit? Evidence from the SBIR Program," (with Scott Stern), *Economics of Innovation and New Technology*, Vol.12, No.4, 2003, pp.361-384.

57. "A Technological and Organisational Explanation for the Size Distribution of Firms," (with John Quiggin) *Small Business Economics*, Vol.21, No.3, November 2003, pp. 243-256.

58. "Approaches to Regulating Interchange Fees in Payment Systems," (with Stephen King) *Review of Network Economics*, Vol.2, No.2, June 2003, pp.125-145.

59. "The Product Market and the Market for 'Ideas': Commercialization Strategies for Technology Entrepreneurs," (with Scott Stern), *Research Policy*, Vol.32, No.2, February, 2003, pp.333-350.

60. "Organizational Design and Technology Choice under Intrafirm Bargaining," (with Catherine de Fontenay), *American Economic Review*, Vol.93, No.1, March 2003, pp.448-455.

9

61. "The Neutrality of Interchange Fees in Payment Systems," (with Stephen King), *Topics in Economic Analysis and Policy*, Vol.3, No.1, 2003, Article 1.

62. "When Does Start-Up Innovation Spur the Gale of Creative Destruction?" (with David Hsu and Scott Stern), *RAND Journal of Economics*, Vol.33, No.4, 2002, pp.571-586.

63. "Exclusionary Contracts and Competition for Large Buyers," *International Journal of Industrial Organization*, Vol.20, 2002, pp.1363-1381.

64. "Regulating Private Infrastructure Investment: Optimal Pricing for Access to Essential Facilities," *Journal of Regulatory Economics*, Vol.20, No.2, 2001, pp.167-189.

65. "Numbers to the People: Regulation, Ownership and Local Number Portability," (with Stephen King and Graeme Woodbridge), *Information Economics and Policy*, 13 (2), June 2001, pp.167-180.

66. "Using 'Bill and Keep' Interconnect Arrangements to Soften Network Competition," (with Stephen King) *Economic Letters*, 71 (3), June 2001, pp.413-420.

67. "Regulating Endogenous Customer Switching Costs," (with Stephen King), *Contributions to Theoretical Economics*, Vol 1, Issue 1, 2001, Article 1.

68. "Mobile Network Competition, Customer Ignorance and Fixed-to-Mobile Call Prices," (with Stephen King), *Information Economics and Policy*, Vol.12, No.4, 2000, pp.301-328.

69. "Incumbency and R&D Incentives: Licensing the Gale of Creative Destruction," (with Scott Stern), *Journal of Economics and Management Strategy*, Vol.9, No.4, 2000, pp.485-511.

70. "Network Competition and Consumer Churn," *Information Economics and Policy*, Vol.12, No.2, 2000, pp.97-110.

71. "First Author Conditions," (with Maxim Engers, Simon Grant and Stephen King), *Journal of Political Economy*, Vol. 107, No.4, August 1999, pp.859-883.

72. "Limited Information, the Possibility of Rational Choice and the Contingent Valuation Method," *International Journal of Social Economics*, Vol.26, Nos.1/2/3, 1999, pp.402-414.

73. "Why Referees Don't Get Paid (Enough)," (with Maxim Engers), *American Economic Review*, Vol.88, No.5, December, 1998, pp.1341-1349.

74. "Industrialization with a Menu of Technologies: Appropriate Technologies and the "Big Push," *Structural Change and Economic Dynamics*, Vol.9, No.3, September 1998, pp.63-78.

75. "Time Lags and Indicative Planning in a Dynamic Model of Industrialisation," *Journal of the Japanese and International Economies*, Vol.12, 1998, pp.103-130.

76. "Fixed Cost Assumptions in Industrialization Theories," *Economic Letters*, Vol.56, 1997, pp.111-119.

77. "Measuring Product Diversity," (with Robert Hill), *Economic Letters*, Vol.55, No.1, 1997, pp.145-150.

78. "Urban Productivity and Factor Growth in the Late Nineteenth Century" (with Raphael Bostic and Scott Stern), *Journal of Urban Economics*, Vol.41, No.1 January 1997, pp.38-55.

79. "On the Impossibility of Rational Choice Under Incomplete Information," *Journal of Economic Behavior and Organization*, Vol.29, No.2, March 1996, pp.287-309.

80. "Majority Voting With Single-Crossing Preferences," (with Michael Smart) *Journal of Public Economics*, 58 (1), February 1996, pp.219-238.

81. "Best Replies and Adaptive Learning," *Mathematical Social Sciences*, Vol.30, No.3, 1995, pp.221-234.

82. "Evolutionary Selection of Beliefs," *Economic Letters*, Vol.49, No.1, July 1995, pp.13-17.

83. "How Are The Mighty Fallen: Rejected Classic Articles By Leading Economists," (with George Shepherd), *Journal of Economic Perspectives*, Vol.8, No.1, Winter 1994, pp.165-179.

84. "Time and Economics: Reflections on Hawking," *Methodus*, Vol.2, No.2, December 1990, pp. 80-81.

85. "Knowledge of Growth and the Growth of Knowledge," *Information Economics and Policy*, Vol.4, No.3, 1989-90, pp.201-224.

**Local**

1. "Beware Business Fads: Disruptive Innovation and Competition Policy," *Canadian Competition Law Review*, Vol.29, No.1, 2016, pp.28-40.

2. "Bargaining Over Labour: Do Patients have any Power?" (with Andrew Leigh), *Economic Record*, Vol.88, No.281, June 2012, pp.182-194.

3. "How Partisan is the Press: Multiple Measures of Media Slant" (with Andrew Leigh), *Economic Record*, Volume 88, Issue 280, pages 127–147, March 2012.

4. "'Big Bang' Telecommunications Reform," (with Stephen King), *Australian Economic Review*, Vol.43, No.2, 2010, pp.179-186.

5. "Using Markets in Innovation Policy," *Australian Economic Review*, Vol.42, No.1, 2008, pp.88-95.

6. "The delicate balance on parental leave," *Melbourne Review*, Vol.4, No.2, November 2008, pp.47-55.

7. "Where to next on credit card reforms?" (with Stephen King) *The Melbourne Review*, 4(1), May 2008, pp.42-48.

8. "The practicalities of emissions trading," (with John Quiggin) *The Melbourne Review*, 3(2), November 2007, pp.60-65.

9. "Looking Local on Broadband," *Public Policy*, Vol.2, No.1, 2007, pp.10-24.

10. "Unusual Days in Births and Deaths," (with Andrew Leigh), *The Melbourne Review*, 3(1), May 2007, pp.72-79.

11. "What is Different about Media Mergers," (with Simon Anderson), *Melbourne Review of Business and Public Policy*, Vol.2, No.2, November 2006, pp.32-36.

12. "Measuring innovative performance – essential for effective innovation policy and economic growth," (with Richard Hayes), *Melbourne Review of Business and Public Policy*, Vol.2, No.1, May 2006, pp.70-77.

13. "Reconsidering the Public Benefit Test in Merger Analysis: The Role of 'Pass Through'," *Australian Business Law Review*, 34 (1), 2006, pp.28-37.

14. "Dealing with difficult mergers," *Melbourne Review of Business and Public Policy*, Vol.1, No.1, November 2005, pp.78-82.

15. "'Protecting Consumers by Protecting Competition': Does Behavioural Economics Support this Contention?," *Competition and Consumer Law Journal*, 13 (1), 2006, pp.40-50.

16. "Competitive Neutrality in Access Pricing," (with Stephen King) *Australian Economic Review*, Vol.38, No.2, 2005, pp.128-136.

17. "Potential Anticompetitive Effects of Bundling," (with Stephen King) *Australian Business Law Review*, Vol.33, No.1, February, 2005, pp.29-35.

18. "Intellectual Property Rights: a Grant of Monopoly or an Aid to Competition," (with Philip Williams and David Briggs) *Australian Economic Review*, Vol.37, No.4, December 2004, pp.436-445.

19. "Taking into Account Extraordinary Circumstances in Regulatory Pricing," (with Stephen King), *Agenda*, Vol.11, No.4, 2004, pp.349-362.

20. "Supermarkets and Shopper Dockets: The Australian Experience," (with Stephen King) *Australian Economic Review*, Vol.37, No.3, pp.311-316.

21. "Does Australia's Health Insurance System Really Provide Insurance?" *Policy*, Vol.20, No.3, Spring 2004, pp.10-14.

22. "When are Regulated Access Prices Competitively Neutral? The Case of Telecommunications in Australia," (with Stephen King), *Australian Business Law Review*, Vol.32, No.6, pp.407-414.

23. "The Decision of the High Court in Rural Press: How the literature on credible threats may have materially facilitated a better decision," (with Rajat Sood and Philip Williams) *Australian Business Law Review*, 32 (5), October, 2004, pp.337-344.

24. "The Housing Lifeline: A Policy for Short-Run Housing Affordability," (with Stephen King) *Agenda*, Vol.11, No.2, 2004.

25. "Structural and Behavioural Market Power under the Trade Practices Act: An Application to Predatory Pricing," (with Anthony Niblett and Stephen King) *Australian Business Law Review*, Vol.32, No.2 April, 2004, pp.83-110.

26. "The Value of IP Protection in Markets for Ideas," *Australian Intellectual Property Law Bulletin*, Vol.16, No.6, 2003, pp.88-90.

27. "Contestability, Complementary Inputs and Contracting: The Case of Harbour Towage," (with Stephen King), *Australian Economic Review*, Vol.36, No.4, December 2003, pp.415-427.

28. "Access Holidays and the Timing of Infrastructure Investment," *Economic Record*, Vol.80, No.248, March 2004, pp.89-100.

29. "Anti-Insurance: Analysing the Health Insurance System in Australia," (with Stephen King), *Economic Record*, Vol.79, No.248, December 2003, pp.473-486.

30. "Access Holidays for Network Investment," (with Stephen King), *Agenda*, Vol.10, No.2, 2003, pp.163-178.

Exhibit 2, Page 90

31. "A Theoretical Analysis of Credit Card Reform in Australia" (with Stephen King), *Economic Record* Vol.79, No.247, December 2003, pp.462-472.

32. "Regulating Termination Charges for Telecommunications Networks," (with Stephen King), *Australian Journal of Management*, Vol.27, No.1, June 2002, pp.75-86.

33. "The Economic Consequences of DVD Regional Restrictions," (with Emily Dunt and Stephen King), *Economic Papers*, Vol.21, No.1, 2002, pp.32-45.

34. "The Treatment of Natural Monopolies under the Australian Trade Practices Act: Three Recent Decisions," (with Frances Hanks and Philip Williams), *Australian Business Law Review*, Vol.29, No.6, December, 2001, pp.492-507.

35. "The Role of Interchange Fees in Credit Card Associations: Competitive Analysis and Regulatory Options," (with Stephen King), *Australian Business Law Review*, Vol.29., No.2, April 2001, pp.94-122.

36. "Benefits and Costs of Copyright: An Economic Perspective - Part 2," (with Megan Richardson, Frances Hanks and Philip Williams) *Australian Intellectual Property Law Bulletin*, Vol.13, No.6, 2000, pp.79-92.

37. "Benefits and Costs of Copyright: An Economic Perspective," (with Megan Richardson, Frances Hanks and Philip Williams) *Australian Intellectual Property Law Bulletin*, Vol.13, No.5, 2000, pp.62-65.

38. "Options for Electricity Transmission Regulation in Australia," (with Stephen King), *Australian Economic Review*, Vol.33, No. 2, June 2000, pp.145-161.

39. "The Competitive Balance Argument for Mergers," *Australian Economic Review*, Vol.33, No.1, March 2000, pp.83-93.

40. "The Role of Undertakings in Regulatory Decision-Making" (with Teresa Fels and Stephen King), *Australian Economic Review*, Vol.33, No.1, March 2000, pp.3-16.

41. "Economic Issues Associated with Access to Electronic Payments Systems," (with Richard Scheelings) *Australian Business Law Review*, Vol.27, No.5, December 1999, pp.373-390.

42. "Efficient Investment Pricing Rules and Access Regulation" (with Philip Williams), *Australian Business Law Review*, Vol.27, No.3, August 1999, pp.267-279.

43. "Growth in Australian Cities," (with Rebecca Bradley), *Economic Record*, Vol.74, No.226, September, 1998, pp.266-278.

44. "Contracts and Electricity Pool Prices," (with Danny Price and Kim Woods), *Australian Journal of Management*, Vol.23, No.1, June, 1998, pp.83-96.

45. "Driving the Hard Bargain for Australian R&D," *Prometheus*, Vol.16, No.1, March, 1998, pp.47-56.

46. "Access Regulation and the Timing of Infrastructure Investment," (with Philip Williams), *Economic Record*, Vol.75, No.228, March 1999, pp.39-49.

47. "Does Australia Really Need to Encourage its Innovators to Commercialise In-House?" *Policy*, Vol.13, No.4, March 1998, pp.36-40.

48. "Of Grand Prix and Circuses," *Australian Economic Review*, No.155, 3rd Quarter 1996, pp.299-307.

49. "Comparative Statics Made Simple: An Introduction to Recent Advances," *Australian Economic Papers*, June 1996, pp.81-93.

50. "Inside the Black Box: A Look at the Container," *Prometheus*, Vol.13, No.2, December 1995, pp.169-183.

51. "Chaos Theory, Nonlinearities and Economics: A Speculative Note," *Economic Papers*, Vol.10, No.1, March 1991, pp.40-53.

**Book Chapters**

1. "Prediction, Judgment and Complexity: A Theory of Decision Making and Artificial Intelligence," (with Ajay Agrawal and Avi Goldfarb) in Ajay Agrawal et.al. (eds.), *Economics of Artificial intelligence*, NBER, Chicago University Press, 2018.

2. "The Giant's Shoulders," in Stephen M. Maurer (ed.), *On the Shoulders of Giants: Colleagues Remember Suzanne Scotchmer's Contributions to Economics*, Cambridge University Press, 2017, Chapter 14.

3. "Surviving disruptive innovation," in Joshua Gans and Sarah Kaplan (eds), *Survive and Thrive: Winning Against Strategic Threats to Your Business*, DogEar: Toronto, Chapter 6.

4. "Economics of Innovation," in Roger D. Blair and D. Daniel Sokol (eds), *The Cambridge Handbook of Antitrust, Intellectual Property, and High Tech*, Cambridge University Press: Cambridge, 2017, Chapter 1.

5. "Some Economics of Pure Digital Currencies," (with Hanna Halaburda), Economics of Digitization: An Agenda, A. Goldfarb, S. Greenstein and C. Tucker (eds), NBER, 2015, Chapter 9.

12

6.  "Credit History: The Changing Nature of Scientific Credit" (with Fiona Murray), in A. Jaffe and B. Jones (eds), The Changing Frontier, NBER, 2015, Chapter 4.

7.  "Intel and Blocking Practices," *The Antitrust Revolution*, 6th ed., J. Kwoka and L. White (eds)., 2013 (forthcoming).

8.  "Nash Equilibrium," *Palgrave Encyclopedia of Strategic Management* (forthcoming).

9.  "Natural Monopoly," *Palgrave Encyclopedia of Strategic Management* (forthcoming).

10. "Funding Scientific Knowledge: Selection, Disclosure and the Public-Private Portfolio," (with Fiona Murray) *Rate and Direction of Inventive Activity*, J. Lerner and S. Stern (eds), NBER, 2012 , Chpt 4.

11. "Regulating Interconnection Pricing," (with Richard Hayes and Stephen King), *Australian Telecommunications Regulation*, A. Grant (ed.), CCH: Sydney, 2012.

12. "Designing Markets for Ideas," (with Scott Stern) in *The Handbook of Market Design* (Edited by Zvika Neeman, Muriel Niederle, Nir Vulkan, and Al Roth ), Oxford University Press, 2011

13. "Economic Approaches to Understanding and Promoting Innovation," in L. Mann and J. Chan (eds), *Creativity and Innovation in Business and Beyond*, Routledge: London, 2010, pp.82-104.

14. "Managing Ideas: Commercialization Strategies for Biotechnology," in C. Sri Krishna (ed.), *IPR and Commercialization: Economic Issues and Implications*, Amicus Books, Hyderabad, 2007, Chapter 6.

15. "Monopolistic Competition," *International Encyclopedia of Social Science*, (forthcoming).

16. "Housing and Income Contingent Loans for Low Income Households," (with Stephen King) *Managing Government Risk: Income contingent loans for social and economic progress*, Bruce Chapman (ed.), Routledge: London, 2006, Chapter 11.

17. "Access Pricing and Infrastructure Investment," in Dewenter, Ralf and Haucap, Justus (eds.) *Access Pricing: Theory and Practice*, Elsevier Science, Amsterdam, 2007, Chpt 2.

18. "Wireless Communications," (with Stephen King and Julian Wright) *Handbook of Telecommunications Economics*, North-Holland, 2005.

19. "Regulating Interconnection Pricing," (with Stephen King), *Australian Telecommunications Regulation*, A. Grant (ed.), UNSW Press: Sydney, 2003.

20. "Innovation and Market Structure in General Equilibrium," (with Robin Stonecash), in A. Woodland (ed.), *International Trade and Economic Theory: Essays in Honor of Murray Kemp*, Edward Elgar: Cheltnam, 2001, pp.181-191.

21. "Engendering Change," in S. Keen et.al. (eds.), *Commerce, Complexity, and Evolution*, Cambridge University Press: New York, 2000, Chpt 19, pp.391-414.

22. "A Strategic Theory of In-House Research and Development," in S. MacDonald and J. Nightingale (eds.), *Information and Organization*, Elsevier: Amsterdam, 1999, pp.167-182.

23. "A Primer on Access Regulation and Investment" (with Philip Williams), in M. Arblaster and M. Jamison (eds.), *Infrastructure Regulation and Market Reform: Principles and Practice*, ACCC/PURC: Melbourne, 1998, pp.150-160.

24. "Industrialisation Policy and the Big Push," in K.J. Arrow et.al. (eds.) *Increasing Returns and Economic Analysis*, Macmillan: London, 1998, Chpt 13.

**Other Working Papers**

1.  "When Will Efficient Ownership Arise? Trading over Property Rights" 31st March, 2005

2.  "Intrafirm Bargaining with Heterogeneous Replacement Workers" (with Catherine de Fontenay) June, 2005

3.  "The Dynamics of Intellectual Property Practices" September, 2005

4.  "The Economics of User-Based Innovation" (with Scott Stern) October, 1998

5.  "Has Investment in Start-Up Firms Driven Incumbent Innovative Strategy? Evidence from Semiconductor and Biotechnology Venture Capital Funded Firms" (with Setio Anggoro Dewo and Joseph Hirschberg)   July 2005

6.  "Options for Housing Policy for Low Income Households," (with Stephen King), *Working Paper*, Menzies Research Centre, 2003.

7.  "Assessing Australia's Innovative Capacity in the 21st Century," (with Scott Stern), *Working Paper*, MBS.

8.  "Incentive Contracts, Optimal Penalties and Enforcement," Working Paper, No.6, MBS, January 1998.

9.  "The Allocation of Decisions in Organizations," (with Susan Athey, Scott Schaefer and Scott Stern) *Discussion Paper*, No.1322, Graduate School of Business, Stanford University, October 1994.

Exhibit 2, Page 92

10. "Monopolistic Competition a la Dixit and Stiglitz (and its Applications)," *Working Paper*, No.9409, Department of Economics, University of New South Wales, October 1994.

11. "The Cyclical Responsiveness of Shifts in Employment Over Sectors," (with Roberto Mazzoleni), *Quaderni Dell'Istituteo Di Scienze Economiche e Finanziarie*, No.15, Universita Degli Studi Di Cagliari Sacolta Di Scienze Politiche, January 1993, 19pp.

**Blog Contributions**

Digitopoly: digitopoly.org
Parentonomics: blogs.forbes.com/joshuagans
Core Economics: economics.com.au
Game Theorist: gametheorist.blogspot.com
News for Econ Students: econblog.aplia.com

## Other Professional Activities

Executive Committee, Strategic Research Initiative (2012 – 2013, 2015-)
Department Editor, *Management Science* (Strategy) (2010 -)
Associate Editor, *Journal of Industrial Economics* (2009 -)
Co-Editor, *International Journal of Industrial Organization* (2005 - 2011)
Co-Editor, *Journal of Economics and Management Strategy* (2003 - 2008)
Board of Editors, *Review of Network Economics* (2009 -)
Board of Editors, *Economic Analysis and Policy* (2007 - 2012)
Board of Editors, *Games* (2009 -)
Economics Editor, *Australian Journal of Management* (1997 - 2003)
Board of Editors, *Information Economics and Policy* (1996 - 2004).
Board of Editors, *BE Journals of Economic Analysis and Policy* (2001 -)
Book Review Editor (Microeconomics) for the *Economic Record* (1996 - 1998)
Executive Committee Member, Institute for a Broadband-Enabled Society, University of Melbourne
Professional Memberships: Economic Society of Australia, American Economic Association, Econometric Society, Law Council of Australia (Business Law Section), Canadian Bar Association (Competition Law Section).

**Languages**:    Intermediate Japanese