| | |
|---|---|
| GINA L. DURHAM (Bar No. 295910)<br>gina.durham@dlapiper.com<br>DLA PIPER LLP (US)<br>555 Mission Street, Suite 2400<br>San Francisco, California 94105-2933<br>Tel: 415.836.2500<br>Fax: 415.836.2501<br><br>STANLEY J. PANIKOWSKI (Bar No. 224232)<br>stanley.panikowski@dlapiper.com<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Tel: 619.699.2700<br>Fax: 619.699.2701<br><br>ANDREW L. DEUTSCH (Bar No. 319286)<br>andrew.deutsch@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, CA 90067-4704<br>Tel: 310.595.3000<br>Fax: 310.595.3300 | Tamar Y. Duvdevani (admitted *pro hac vice*)<br>tamar.duvdevani@dlapiper.com<br>Marc E. Miller (admitted *pro hac vice*)<br>marc.miller@dlapiper.com<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Tel: 212.335.4500<br>Fax: 212.335.4501<br><br>Ryan Compton (admitted *pro hac vice*)<br>ryan.compton@dlapiper.com<br>James Stewart (admitted *pro hac vice*)<br>james.stewart@dlapiper.com<br>DLA PIPER LLP (US)<br>500 Eight Street, NW<br>Washington, D.C. 20004<br>Tel: 202.799.4000<br>Fax: 202.799.5000 |

*Attorneys for Plaintiff*
*Dr. Seuss Enterprises, L.P.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SEUSS ENTERPRISES, L.P., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>COMICMIX LLC, a Connecticut limited liability company; MR. GLENN HAUMAN, an individual; MR. DAVID JERROLD FRIEDMAN A/K/A DAVID GERROLD, an individual; and MR. TY TEMPLETON, an individual,<br><br>Defendants. | CASE NO.: 3:16-cv-02779-JLS-BGS<br><br>**PLAINTIFF DR. SEUSS ENTERPRISES L.P.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 31, 2019<br>Time: 1:30 pm<br>Courtroom: 4D<br>Judge: The Hon. Janis L. Sammartino |

WEST\284515707.1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 31, 2019 at 1:30 p.m. in the Courtroom of the Honorable Janis L. Sammartino of the above-entitled court, located at 221 W. Broadway, San Diego, California 92101, Plaintiff Dr. Seuss Enterprises, L.P ("DSE") will and hereby does move for summary judgment on DSE's claims for copyright infringement.

Summary judgment of willful copyright infringement against Defendants and in favor of DSE is warranted in this case because, as a matter of law, Defendants have infringed DSE's copyrights, the fair use doctrine does not shield Defendants' infringing conduct, and Defendants' infringement was willful.

This Motion is made pursuant to Civil Local Rule 7.1 and is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Separate Statement of Undisputed Material Facts, the supporting declarations and exhibits, all of which are served and filed herewith, the complete records and files of this action, and any argument or additional evidence that is permitted by this Court.

Dated:  December 11, 2018       Respectfully submitted,

By */s/ Tamar Duvdevani*
TAMAR DUVDEVANI
DLA Piper LLP (US)

*Attorneys for Plaintiff
Dr. Seuss Enterprises, L.P.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*/s/ Tamar Duvdevani*
Tamar Duvdevani