GINA L. DURHAM (Bar No. 295910)
gina.durham@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

STANLEY J. PANIKOWSKI (Bar No. 224232)
stanley.panikowski@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

ANDREW L. DEUTSCH (Bar No. 319286)
andrew.deutsch@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300

Tamar Y. Duvdevani (admitted *pro hac vice*)
tamar.duvdevani@dlapiper.com
Marc E. Miller (admitted *pro hac vice*)
marc.miller@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

Ryan Compton (admitted *pro hac vice*)
ryan.compton@dlapiper.com
James Stewart (admitted *pro hac vice*)
james.stewart@dlapiper.com
DLA PIPER LLP (US)
500 Eight Street, NW
Washington, D.C. 20004
Tel: 202.799.4000
Fax: 202.799.5000

*Attorneys for Plaintiff*
*Dr. Seuss Enterprises, L.P.*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DR. SEUSS ENTERPRISES, L.P., a California limited partnership,

Plaintiff,

v.

COMICMIX LLC, a Connecticut limited liability company; MR. GLENN HAUMAN, an individual; MR. DAVID JERROLD FRIEDMAN A/K/A DAVID GERROLD, an individual; and MR. TY TEMPLETON, an individual,

Defendants.

CASE NO.: 3:16-cv-02779-JLS-BGS

**DECLARATION OF TAMAR Y. DUVDEVANI IN SUPPORT OF PLAINTIFF DR. SEUSS ENTERPRISES L.P.'S MOTION FOR SUMMARY JUDGMENT**

WEST\284442316.1

DLA PIPER LLP (US)
SAN FRANCISCO

I, Tamar Y. Duvdevani, declare as follows:

1.      I am an attorney licensed to practice in the State of New York and am admitted *pro hac vice* to practice before this Court.  (ECF No. 25)  I am a partner with the law firm of DLA Piper LLP (US) and counsel of record for Plaintiff Dr. Seuss Enterprises L.P. ("DSE").  I submit this declaration in support of DSE's Motion for Summary Judgment and to place before the Court evidence relied upon by DSE in its accompanying summary judgment motion.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the deposition transcript from the Deposition of Defendant Ty Templeton, illustrator of *Oh, The Places You'll Boldly Go!* ("*Boldly*") dated June 14, 2018.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript from the Deposition of Defendant David Gerrold, author of *Boldly*, dated June 22, 2018.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript from the Deposition of Defendant Glenn Hauman and ComicMix LLC's Fed. R. Civ. P. 30(b)(6) designee, Glenn Hauman, publisher of *Boldly*, dated July 12, 2018.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the deposition transcript from the Deposition of Susan Brandt, DSE's President, and DSE's 30(b)(6) designee, dated July 18, 2018 dated.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX000043.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0000171 – DSE0000174.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0000183 – DSE0000186.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0000180 – DSE0000182.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0000107 – DSE0000133.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0000001 – DSE0000032.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0000134 – DSE0000170.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX001144.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX001147 – CMX001149.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of a document marked as Plaintiff's Exhibit No. 50 at the Deposition of Defendant David Gerrold on Jun 22, 2018 and shown at the Deposition of Defendant Glenn Hauman and ComicMix LLC's 30(b)(6) designee on July 12, 2018.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX001150 – CMX001154.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX001155 – CMX001159.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX001044 – CMX001045.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX001160 – CMX001165.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX002691.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX002703 – CMX002705.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX001179.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of a document with an attachment produced by Defendants in this action bearing the Bates Number CMX001180 – CMX001227.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of a document with an attachment produced by Defendants in this action bearing the Bates Number CMX001819 – CMX001825.

25.     Attached hereto as **Exhibit 24** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX002294 – CMX002295.

26.     Attached hereto as **Exhibit 25** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000696 – CMX000702.

27.     Attached hereto as **Exhibit 26** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000739 – CMX000742.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000703 – CMX000708.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX003645.

30.     Attached hereto as **Exhibit 29** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX003649 – CMX003650.

31.     Attached hereto as **Exhibit 30** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000755 – CMX000761.

32.     Attached hereto as **Exhibit 31** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000162 – CMX000186.

33.     Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from Defendants First Supplemental Response to DSE's First Set of Interrogatories (Nos. 1-17) served on April 13, 2018.

34.     Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from Defendants Responses to DSE's First Set of Requests for Admission (Nos. 1-16) served on July 6, 2018.

35.     Attached hereto as **Exhibit 34** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX002504 – CMX002510.

36.     Attached hereto as **Exhibit 35** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX000805.

37.     Attached hereto as **Exhibit 36** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX002743 – CMX002746.

38.   Attached hereto as **Exhibit 37** is a true and correct copy of a document and attachment produced by Defendants in this action bearing the Bates Numbers CMX000845 – CMX000849.

39.   Attached hereto as **Exhibit 38** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX003622.

40.   Attached hereto as **Exhibit 39** is a true and correct copy of a document and attachment produced by Defendants in this action bearing the Bates Numbers CMX003628 – CMX003632.

41.   Attached hereto as **Exhibit 40** is a true and correct copy of a document marked as Plaintiff's Exhibit No. 31 at the Deposition of Defendant David Gerrold on Jun 22, 2018 and shown at the Deposition of Defendant Glenn Hauman and ComicMix LLC's 30(b)(6) designee on July 12, 2018.

42.   Attached hereto as **Exhibit 41** is a true and correct copy of a document produced by DSE in this action bearing the Bates Number DSE0002585.

43.   Attached hereto as **Exhibit 42** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0002587 – DSE0002588.

44.   Attached hereto as **Exhibit 43** is a true and correct copy of a document produced by DSE in this action bearing the Bates Number CMX001837.

45.   Attached hereto as **Exhibit 44** is a true and correct copy of a document produced by DSE in this action bearing the Bates Number CMX000709.

46.   Attached hereto as **Exhibit 45** is a true and correct excerpt of a document produced by third-party, Andrews McMeel Publishing ("AMP") bearing the Bates Number AMU 6-29-2018 Production 000013 – AMU 6-29-2018 Production 000023.

47.     Attached hereto as **Exhibit 46** is a true and correct excerpt of a document produced by third-party, AMP bearing the Bates Number AMU 6-29-2018 Production 000001.

48.     Attached hereto as **Exhibit 47** is a true and correct excerpt of a document produced by third-party, AMP bearing the Bates Number AMU 6-29-2018 Production 000002.

49.     Attached hereto as **Exhibit 48** is a true and correct excerpt of a document produced by third party, AMP bearing the Bates Numbers AMU 6-29-2018 Production 000003 – AMU 6-29-2018 Production 000008.

50.     Attached hereto as **Exhibit 49** is a true and correct excerpt of a document produced by third-party AMP, bearing the Bates Numbers AMU 6-29-2018 Production 000237 – AMU 6-29-2018 Production 000238.

51.     Attached hereto as **Exhibit 50** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX000782.

52.     Attached hereto as **Exhibit 51** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX000784.

53.     Attached hereto as **Exhibit 52** is a true and correct excerpt of a document produced by third-party AMP, bearing the Bates Numbers AMU 6-29-2018 Production 000024 – AMU 6-29-2018 Production 000037.

54.     Attached hereto as **Exhibit 53** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX000785.

55.     Attached hereto as **Exhibit 54** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000798 – CMX000800.

56.     Attached hereto as **Exhibit 55** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX000787.

57.    Attached hereto as **Exhibit 56** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000801 – CMX000804.

58.    Attached hereto as **Exhibit 57** is a true and correct excerpt of a document produced by third-party, AMP, bearing the Bates Numbers AMU 6-29-2018 Production 000261 – AMU 6-29-2018 Production 000263.

59.    Attached hereto as **Exhibit 58** is a true and correct excerpt of a document produced by third-party, AMP, bearing the Bates Numbers AMU 6-29-2018 Production 000308 – AMU 6-29-2018 Production 000310.

60.    Attached hereto as **Exhibit 59** is a true and correct excerpt of a document produced by third-party, AMP, bearing the Bates Numbers AMU 6-29-2018 Production 000092 – AMU 6-29-2018 Production 000094.

61.    Attached hereto as **Exhibit 60** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX002754.

62.    Attached hereto as **Exhibit 61** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000870 – CMX000873.

63.    Attached hereto as **Exhibit 62** is a true and correct excerpt of a document produced by third-party, AMP, bearing the Bates Numbers AMU 6-29-2018 Production 000078 – AMU 6-29-2018 Production 000080.

64.    Attached hereto as **Exhibit 63** is a true and correct excerpt of a document produced by third-party, AMP, bearing the Bates Number AMU 6-29-2018 Production 000355.

65.    Attached hereto as **Exhibit 64** is a true and correct excerpt of a document produced by third-party, AMP, bearing the Bates Number AMU 6-29-2018 Production 000083.

66.    Attached hereto as **Exhibit 65** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX001885.

67.     Attached hereto as **Exhibit 66** is a true and correct copy of a document produced by third-party, ThinkGeek, in this action bearing the Bates Number GEEKNET000427.

68.     Attached hereto as **Exhibit 67** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000037 – CMX000039.

69.     Attached hereto as **Exhibit 68** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000877 – CMX000878.

70.     Attached hereto as **Exhibit 69** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX001031.

71.     Attached hereto as **Exhibit 70** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX000036.

72.     Attached hereto as **Exhibit 71** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000034 – CMX000035.

73.     Attached hereto as **Exhibit 72** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX001035.

74.     Attached hereto as **Exhibit 73** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000052 – CMX000057.

75.     Attached hereto as **Exhibit 74** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX000040.

76.     Attached hereto as **Exhibit 75** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000058 – CMX000059.

77.   Attached hereto as **Exhibit 76** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX000748 – CMX000752.

78.   Attached hereto as **Exhibit 77** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX004397 – CMX004398.

79.   Attached hereto as **Exhibit 78** is a true and correct excerpt of a document produced by Defendants in this action bearing the Bates Number CMX004399.

80.   Attached hereto as **Exhibit 79** is a true and correct excerpt of a document   produced by Defendants in this action bearing the Bates Number CMX004451.

81.   Attached hereto as **Exhibit 80** is a true and correct copy of a document and attachment produced by Defendants in this action bearing the Bates Numbers CMX004383 – CMX004392.

82.   Attached hereto as **Exhibit 81** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Numbers CMX004456 – CMX004459.

83.   Attached hereto as **Exhibit 82** is a true and correct copy of a document produced by Defendants in this action bearing the Bates Number CMX004464.

84.   Attached hereto as **Exhibit 83** is a true and correct copy of a document produced by third-party, ThinkGeek, bearing the Bates Number GEEKNET000032.

85.   Attached hereto as **Exhibit 84** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0000940 – DSE0000955.

86.   Attached hereto as **Exhibit 85** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003589 – DSE0003717.

87.     Attached hereto as **Exhibit 86** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0012929 – DSE0012936.

88.     Attached hereto as **Exhibit 87** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0013337 – DSE0013340.

89.     Attached hereto as **Exhibit 88** is a true and correct copy of a document produced by DSE in this action bearing the Bates Number DSE0003125.

90.     Attached hereto as **Exhibit 89** is a true and correct copy of a document produced by DSE in this action bearing the Bates Number DSE0002982.

91.     Attached hereto as **Exhibit 90** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003126 – DSE0003173.

92.     Attached hereto as **Exhibit 91** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0013334 – DSE0013336.

93.     Attached hereto as **Exhibit 92** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0002302 – DSE0002340.

94.     Attached hereto as **Exhibit 93** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0001003 – DSE0001018.

95.     Attached hereto as **Exhibit 94** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003875 – DSE0003890.

96.     Attached hereto as **Exhibit 95** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0013166 – DSE0013174.

97.    Attached hereto as **Exhibit 96** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0013136 – DSE0013137.

98.    Attached hereto as **Exhibit 97** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0013138 – DSE0013139.

99.    Attached hereto as **Exhibit 98** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0013175 – DSE0013176.

100.   Attached hereto as **Exhibit 99** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0013177 – DSE0013184.

101.   Attached hereto as **Exhibit 100** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003334 – DSE0003365.

102.   Attached hereto as **Exhibit 101** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003366 – DSE0003381.

103.   Attached hereto as **Exhibit 102** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003382 – DSE0003385.

104.   Attached hereto as **Exhibit 103** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003403 – DSE0003410.

105.   Attached hereto as **Exhibit 104** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003428 – DSE0003507.

106.   Attached hereto as **Exhibit 105** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003508 – DSE0003511.

107.   Attached hereto as **Exhibit 106** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003512 – DSE0003528.

108.   Attached hereto as **Exhibit 107** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0002271 – DSE002274.

109.   Attached hereto as **Exhibit 108** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0000956 – DSE0000968.

110.   Attached hereto as **Exhibit 109** is a true an correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003386 – DSE0003402.

111.   Attached hereto as **Exhibit 110** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003571 – DSE0003578.

112.   Attached hereto as **Exhibit 111** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003529 – DSE0003561.

113.   Attached hereto as **Exhibit 112** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0003904 – DSE0003915.

114.   Attached hereto as **Exhibit 113** is a true and correct copy of a document produced by DSE in this action bearing the Bates Number DSE0002250.

115.   Attached hereto as **Exhibit 114** is a true and correct copy of a document produced by DSE in this action bearing the Bates Number DSE0002252.

116.   Attached hereto as **Exhibit 115** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0002607 - DSE0002654.

117.   Attached hereto as **Exhibit 116** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0002655 – DSE0002700.

118.   Attached hereto as **Exhibit 117** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0002701 – DSE0002747.

119.   Attached hereto as **Exhibit 118** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0015141 – DSE0015142.

120.   Attached hereto as **Exhibit 119** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0015143 – DSE0015181.

121.   Attached hereto as **Exhibit 120** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0015182 – DSE0015183.

122.   Attached hereto as **Exhibit 121** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0015059 – DSE0015084.

123.   Attached hereto as **Exhibit 122** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0014695 – DSE0014696.

124.   Attached hereto as **Exhibit 123** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0014697 – DSE0014698.

125.    Attached hereto as **Exhibit 124** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0014699 – DSE0014727.

126.    Attached hereto as **Exhibit 125** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0002344 – DSE0002349.

127.    Attached hereto as **Exhibit 126** is a true and correct copy of a document produced by DSE in this action bearing the Bates Numbers DSE0000969 – DSE0000970.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.    Executed this 11th day of December, 2018 in New York, New York.


*/s/ Tamar Duvdevani*
TAMAR Y. DUVDEVANI

# TABLE OF EXHIBITS

| Exhibit | Description | Pages |
|---|---|---|
| 1. | Deposition of David Gerrold, dated June 22, 2018 | 15-64 |
| 2. | Deposition of Ty Templeton, dated June 14, 2018 | 65-113 |
| 3. | Deposition of Glenn Hauman, dated July 12, 2018 | 114-155 |
| 4. | Deposition of Susan Brandt, dated July 18, 2018 – Filed Under Seal | 156-224 |
| 5. | Production document CMX000043 | 225 |
| 6. | Production document DSE0000171 – DSE0000174 | 226-229 |
| 7. | Production document DSE0000183 – DSE0000186 | 230-233 |
| 8. | Production document DSE0000180 – DSE0000182 | 234-236 |
| 9. | Production document DSE0000107 – DSE0000133 – Filed Under Seal | 237-263 |
| 10. | Production document DSE0000001 – DSE0000032 – Filed Under Seal | 264-295 |
| 11. | Production document DSE0000134 – DSE0000170 – Filed Under Seal | 296-332 |
| 12. | Production document CMX001144 | 333 |
| 13. | Production document CMX001147 – CMX001149 | 334-336 |
| 14. | Exhibit 50 to the deposition of David Gerrold | 337-340 |
| 15. | Production document CMX001150 – CMX001154 – Filed Under Seal | 341-345 |
| 16. | Production document CMX001155 – CMX001159 – Filed Under Seal | 346-350 |
| 17. | Production document CMX001044 – CMX001045 | 351-352 |
| 18. | Production document CMX001160 – CMX001165 – Filed Under Seal | 353-358 |
| 19. | Production document CMX002691 | 359-361 |
| 20. | Production document CMX002703 – CMX002705 | 362-364 |
| 21. | Production document CMX001179 | 365 |
| 22. | Production document CMX001180 – CMX001227 – Filed Under Seal | 366-413 |

| Exhibit | Description | Pages |
|---------|-------------|-------|
| 23. | Production document CMX001819 – CMX001825 | 414-420 |
| 24. | Production document CMX002294 – CMX002295 | 421-422 |
| 25. | Production document CMX000696 – CMX000702 | 423-429 |
| 26. | Production document CMX000739 – CMX000742 | 430-433 |
| 27. | Production document CMX000703 –CMX000708 | 434-439 |
| 28. | Production document CMX003645 – Filed Under Seal | 440 |
| 29. | Production document CMX003649 – CMX003650 | 441-442 |
| 30. | Production document CMX000755 – CMX000761 | 443-449 |
| 31. | Production document CMX000162 – CMX000186 – Filed Under Seal | 450-475 |
| 32. | Defendants First Supplemental Response to DSE's First Set of Interrogatories (Nos. 1-17) served on April 13, 2018 | 475-485 |
| 33. | Defendants Responses to DSE's First Set of Requests for Admission (Nos. 1-16) served on July 6, 2018 | 486-498 |
| 34. | Production document CMX002504 – CMX00251 – Filed Under Seal | 499-505 |
| 35. | Production document CMX000805 | 506 |
| 36. | Production document CMX002743 – CMX002746 | 507-510 |
| 37. | Production document CMX000845 – CMX000849 – Filed Under Seal | 511-515 |
| 38. | Production document CMX003622 | 516 |
| 39. | Production document CMX003628 – CMX003632 | 517-521 |
| 40. | Exhibit 31 to the deposition of David Gerrold | 522-530 |
| 41. | Production document DSE0002585 – Filed Under Seal | 531 |
| 42. | Production document DSE0002587 – DSE0002588 – Filed Under Seal | 532-533 |
| 43. | Production document CMX001837 | 534 |
| 44. | Production document CMX000709 | 535 |
| 45. | Production document AMU 6-29-2018 Production 000013 – AMU 6-29-2018 Production 000023 – Filed Under Seal | 536-546 |
| 46. | Production document AMU 6-29-2018 Production 000001 – Filed Under Seal | 547 |

| Exhibit | Description | Pages |
|---|---|---|
| 47. | Production document AMU 6-29-2018 Production 000002 – Filed Under Seal | 548 |
| 48. | Production document AMU 6-29-2018 Production 000003 – AMU 6-29-2018 Production 000008 – Filed Under Seal | 549-554 |
| 49. | Production document AMU 6-29-2018 Production 000237 – AMU 6-29-2018 Production 000238 – Filed Under Seal | 555-556 |
| 50. | Production document CMX000782 | 557 |
| 51. | Production document CMX000784 | 558 |
| 52. | Production document AMU 6-29-2018 Production 000024 – AMU 6-29-2018 Production 000037 – Filed Under Seal | 559-572 |
| 53. | Production document CMX000785 | 573 |
| 54. | Production document CMX000798 – CMX000800 | 574-576 |
| 55. | Production document CMX000787 | 577-578 |
| 56. | Production document CMX000801 – CMX000804 | 579-582 |
| 57. | Production document AMU 6-29-2018 Production 000261 – AMU 6-29-2018 Production 000263 – Filed Under Seal | 583-585 |
| 58. | Production document AMU 6-29-2018 Production 000308 – AMU 6-29-2018 Production 000310 – Filed Under Seal | 586-588 |
| 59. | Production document AMU 6-29-2018 Production 000092 – AMU 6-29-2018 Production 000094 – Filed Under Seal | 589-591 |
| 60. | Production document CMX002754 | 592-593 |
| 61. | Production document CMX000870 – CMX000873 | 594-598 |
| 62. | Production document AMU 6-29-2018 Production 000078 – AMU 6-29-2018 Production 000080 – Filed Under Seal | 599-601 |
| 63. | Production document AMU 6-29-2018 Production 000355 – Filed Under Seal | 602 |
| 64. | Production document AMU 6-29-2018 Production 000083 – Filed Under Seal | 603 |
| 65. | Production document CMX001885 | 604 |
| 66. | Production document GEEKNET000427 | 605 |
| 67. | Production document CMX000037 – CMX000039 | 606-608 |
| 68. | Production document CMX000877 – CMX000878 | 609-610 |
| 69. | Production document CMX001031 | 611 |
| 70. | Production document CMX000036 | 612 |

| Exhibit | Description | Pages |
|---------|-------------|-------|
| 71. | Production document CMX000034 – CMX000035 | 613-614 |
| 72. | Production document CMX001035 | 615 |
| 73. | Production document CMX000052 – CMX000057 | 616-621 |
| 74. | Production document CMX000040 | 622 |
| 75. | Production document CMX000058 – CMX000059 | 623-624 |
| 76. | Production document CMX000748 – CMX000752 | 625-630 |
| 77. | Production document CMX004397 – CMX004398 | 631-632 |
| 78. | Production document CMX004399 | 633 |
| 79. | Production document CMX004451 | 634 |
| 80. | Production document CMX004383 – CMX004392 | 635-644 |
| 81. | Production document CMX004456 – CMX004459 | 645-648 |
| 82. | Production document CMX004464 | 649 |
| 83. | Production document GEEKNET000032 | 650 |
| 84. | Production document DSE0000940 – DSE0000955 – Filed Under Seal | 651-666 |
| 85. | Production document DSE0003589 – DSE0003717 – Filed Under Seal | 667-795 |
| 86. | Production document DSE0012929 – DSE0012936 – Filed Under Seal | 796-803 |
| 87. | Production document DSE0013337 – DSE0013340 – Filed Under Seal | 804-807 |
| 88. | Production document DSE0003125 – Filed Under Seal | 808 |
| 89. | Production document DSE0002982 – Filed Under Seal | 809 |
| 90. | Production document DSE0003126 – DSE0003173 – Filed Under Seal | 810-857 |
| 91. | Production document DSE0013334 – DSE0013336 – Filed Under Seal | 858 |
| 92. | Production document DSE0002302 – DSE0002340 – Filed Under Seal | 859-897 |
| 93. | Production document DSE0001003 – DSE0001018 – Filed Under Seal | 898-913 |
| 94. | Production document DSE0003875 – DSE0003890 – Filed Under Seal | 914-929 |

| Exhibit | Description | Pages |
|---------|-------------|-------|
| 95. | Production document DSE0013166 – DSE0013174 – Filed Under Seal | 930-938 |
| 96. | Production document DSE0013136 – DSE0013137 – Filed Under Seal | 939-940 |
| 97. | Production document DSE0013138 – DSE0013139 – Filed Under Seal | 941-942 |
| 98. | Production document DSE0013175 – DSE0013176 – Filed Under Seal | 943-944 |
| 99. | Production document DSE0013177 – DSE0013184 – Filed Under Seal | 945-952 |
| 100. | Production document DSE0003334 – DSE0003365 – Filed Under Seal | 953-984 |
| 101. | Production document DSE0003366 – DSE0003381 – Filed Under Seal | 985-1000 |
| 102. | Production document DSE0003382 – DSE0003385 | 1001-1004 |
| 103. | Production document DSE0003403 – DSE0003410 – Filed Under Seal | 1005-1012 |
| 104. | Production document DSE0003428 – DSE0003507 – Filed Under Seal | 1013-1092 |
| 105. | Production document DSE0003508 – DSE0003511 | 1093-1096 |
| 106. | Production document DSE0003512 – DSE0003528 – Filed Under Seal | 1097-1113 |
| 107. | Production document DSE0002271 – DSE002274 – Filed Under Seal | 1114-1117 |
| 108. | Production document DSE0000956 – DSE0000968 – Filed Under Seal | 1118-1130 |
| 109. | Production document DSE0003386 – DSE0003402 – Filed Under Seal | 1131-1147 |
| 110. | Production document DSE0003571 – DSE0003578 – Filed Under Seal | 1148-1156 |
| 111. | Production document DSE0003529 – DSE0003561 – Filed Under Seal | 1157-1189 |
| 112. | Production document DSE0003904 – DSE0003915 – Filed Under Seal | 1190-1201 |
| 113. | Production document DSE0002250 – Filed Under Seal | 1202 |
| 114. | Production document DSE0002252 – Filed Under Seal | 1203 |

| Exhibit | Description | Pages |
|---------|-------------|-------|
| 115. | Production document DSE0002607 - DSE0002654 – Filed Under Seal | 1204-1251 |
| 116. | Production document DSE0002655 – DSE0002700 – Filed Under Seal | 1252-1297 |
| 117. | Production document DSE0002701 – DSE0002747 – Filed Under Seal | 1298-1344 |
| 118. | Production document DSE0015141 – DSE0015142 – Filed Under Seal | 1345-1346 |
| 119. | Production document DSE0015143 – DSE0015181 – Filed Under Seal | 1347-1385 |
| 120. | Production document DSE0015182 – DSE0015183 – Filed Under Seal | 1386-1387 |
| 121. | Production document DSE0015059 – DSE0015084 – Filed Under Seal | 1388-1413 |
| 122. | Production document DSE0014695 – DSE0014696 – Filed Under Seal | 1414-1415 |
| 123. | Production document DSE0014697 – DSE0014698 – Filed Under Seal | 1416-1417 |
| 124. | Production document DSE0014699 – DSE0014727 – Filed Under Seal | 1418-1446 |
| 125. | Production document DSE0002344 – DSE0002349 – Filed Under Seal | 1447-1482 |
| 126. | Production document DSE0000969 – DSE0000970 | 1483-1484 |