UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Seuss Enterprises, L.P. a California limited partnership,<br><br>                              Plaintiff,<br><br>v.<br><br>ComicMix LLC; a Connecticut limited liability company; Mr. Glenn Hauman; an individual; Mr. David Jerrold Friedman, an individual also known as David Gerrold; and Mr. Ty Templeton an individual,<br><br>                              Defendants. | Case No.:  16-cv-02779-JLS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER AND VACATING ALL PRETRIAL DATES**<br><br>**[ECF No. 144]** |

On January 30, 2019, the parties filed a Joint Motion to Modify the Scheduling Order (ECF No. 144) in which that they request that all pretrial dates be vacated pending a ruling on the parties' pending motions for summary judgment.  (*See* ECF No. 91 ¶¶ 10-15 [setting pretrial dates].)

Federal Rule of Civil Procedure 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent."  Civil Local Rule 16.1(b) requires all counsel and parties to "proceed with diligence to take all steps necessary to bring an action to readiness for trial."  In determining whether there is "good cause" under Rule 16(b), the Court "primarily considers the diligence of the party seeking the

amendment" and the "moving party's reasons for seeking modification." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The Court agrees with the parties that "[v]acating all pre-trial dates will conserve the Court's and the parties' resources until [a ruling on the summary judgment motions issues]." (ECF No. 144 at 4.)  Good cause appearing, the parties' Joint Motion to Modify the Scheduling Order (ECF No. 144) is **GRANTED**.  All remaining deadlines set forth in the First Amended Scheduling Order (ECF No. 91), including the final Pretrial Conference scheduled for March 14, 2019 at 1:30 PM before Judge Sammartino, are **VACATED** to be reset following a ruling on the pending summary judgment motions.

**IT IS SO ORDERED.**

Dated:  February 11, 2019

Hon. Bernard G. Skomal
United States Magistrate Judge