UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SEUSS ENTERPRISES, L.P., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>COMICMIX LLC, a Connecticut limited liability company; GLENN HAUMAN, an individual; DAVID JERROLD FRIEDMAN a/k/a DAVID GERROLD, an individual; and TY TEMPLETON, an individual,<br><br>Defendants. | Case No.: 16-CV-2779 JLS (BGS)<br><br>**ORDER RESETTING STATUS/APPEAL MANDATE HEARING** |

    A status/appeal mandate hearing in the above-captioned matter was scheduled for 1:30 p.m. on February 11, 2021. *See* ECF No. 165. However, to accommodate the Court's schedule, on February 10, 2021, the Court vacated the hearing and indicated that the hearing would be rescheduled in a subsequent order. *See* ECF No. 168. Pursuant to the February 10, 2021 Order, the Court now **RESETS** the status/appeal mandate hearing in the above-captioned matter for 11:30 a.m. on Friday, February 26, 2021. Once again, the Parties shall appear telephonically and should contact the Courtroom Deputy by e-mail at

1 | alex_ramos@casd.uscourts.gov for teleconferencing access information.

2 | **IT IS SO ORDERED.**

3 | Dated: February 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge