UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SEUSS ENTERPRISES, L.P., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>COMICMIX LLC, a Connecticut limited liability company; GLENN HAUMAN, an individual; DAVID JERROLD FRIEDMAN a/k/a DAVID GERROLD, an individual; and TY TEMPLETON, an individual,<br><br>Defendants. | Case No.: 16-CV-2779 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO RESET STATUS/APPEAL MANDATE HEARING**<br><br>(ECF No. 170) |

Presently before the Court is the Parties' Joint Motion to Reset Status/Appeal Mandate Hearing ("Joint Mot.," ECF No. 170). The Parties indicate that lead counsel for Plaintiff Dr. Seuss Enterprises, L.P., has a full-day, court-ordered mediation scheduled for February 26, 2021, the same day on which the status/appeal mandate hearing in the above-captioned matter is set. *Id.* at 1. The Parties ask that the Court reset the status/appeal mandate hearing at the Court's convenience between March 1 and March 3, 2021. *See id.*
/ / /

Case 3:16-cv-02779-JLS-BGS   Document 171   Filed 02/24/21   PageID.7773   Page 2 of 2

Good cause appearing, the Court **GRANTS** the Joint Motion.  However, to accommodate the Court's schedule, the Court **RESETS** the status/appeal mandate hearing for <u>11:30 a.m. on Friday, March 5, 2021</u>.  Once again, the Parties shall appear telephonically and should contact the Courtroom Deputy by e-mail at alex_ramos@casd.uscourts.gov for teleconferencing access information.  Should either Party have a conflict with the new hearing date and time, the Parties shall jointly contact Chambers by e-mail at efile_sammartino@casd.uscourts.gov to provide alternative dates and times in the month of March when counsel for both Parties are available.

**IT IS SO ORDERED.**

Dated: February 24, 2021

Hon. Janis L. Sammartino
United States District Judge