UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SEUSS ENTERPRISES, L.P., a California limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> COMICMIX LLC, a Connecticut limited liability company; GLENN HAUMAN, an individual; DAVID JERROLD FRIEDMAN a/k/a DAVID GERROLD, an individual; and TY TEMPLETON, an individual, <br><br> Defendants. | Case No.:  16-CV-2779 JLS (BGS) <br><br> **ORDER VACATING JUNE 10, 2021 HEARING AND TAKING MATTERS UNDER SUBMISSION WITHOUT ORAL ARGUMENT** <br><br> (ECF Nos. 176, 177) |

Presently before the Court are Plaintiff Dr. Seuss Enterprises, L.P.'s Renewed Motion for Summary Judgment (ECF No. 176) and Defendants ComicMix LLC, Glenn Hauman, David Jerrold Friedman, and Ty Templeton's Motion for Reconsideration of Order Denying Motion for Issuance of Request to the Register of Copyrights Pursuant to 17 U.S.C. § 411(b) (ECF No. 177).  The Court **VACATES** the hearing currently set for

/ / /

/ / /

June 10, 2021, at 1:30 p.m., and takes the matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  May 19, 2021

Hon. Janis L. Sammartino
United States District Judge