# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SEUSS ENTERPRISES, L.P., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>COMICMIX LLC, a Connecticut limited liability company; GLENN HAUMAN, an individual; DAVID JERROLD FRIEDMAN a/k/a DAVID GERROLD, an individual; and TY TEMPLETON, an individual,<br><br>Defendants. | Case No.: 16-CV-2779 JLS (BGS)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SUBSTITUTE ATTORNEY**<br><br>(ECF No. 185) |

    Presently before the Court is Defendants ComicMix LLC, Glenn Hauman, David Jerrold Friedman, and Ty Templeton's (collectively, "Defendants") Motion to Substitute Attorney ("Mot.," ECF No. 185). Defendants seek to substitute T.C. Johnston in place of Michael Licari as their local counsel. *Id.* at 1. Defendants note that Dan Booth will continue to represent them as lead counsel, *id.*, and both Plaintiff Dr. Seuss Enterprises, L.P. and its counsel consent to the substitution, *id.* at 2.

/ / /

1  Good cause appearing, the Court **GRANTS** the Motion.  The Clerk of the Court
2  **SHALL TERMINATE** Michael Licari as local counsel of record for Defendants and
3  **SHALL SUBSTITUTE** T.C. Johnston in his stead.
4      **IT IS SO ORDERED.**
5  Dated:  July 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge